Andrew G. Dietderich
John J. Jerome
Michael H. Torkin
Mark U. Schneiderman
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588

Counsel to the Debtors and
Debtors in Possession

Pauline K. Morgan
Joseph M. Barry
YOUNG CONAWAY STARGATT &
TAYLOR, LLP[1]
1270 Avenue of the Americas
Suite 2210
New York, New York 10020
Telephone:    (212) 332-8854
Facsimile:    (212) 332-8855

Counsel to the Debtors and Debtors in
Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTMAN KODAK COMPANY, *et al.*,[2] | ) | Case No. 12-10202 (ALG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF FILING OF AMENDMENT TO CERTAIN OF THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

**PLEASE TAKE NOTICE** that on April 18, 2012, Eastman Kodak Company ("**Kodak**") and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**") filed their Schedules of Assets and Liabilities and Statements of Financial Affairs (collectively, the "**Schedules and SOFAs**") with the United States Bankruptcy Court for the Southern District of New York (the "**Court**") pursuant to section 521 of title 11 of the United States Code, 11

---

[1] All parties in interest with inquiries regarding this Notice should direct such inquiries to Young Conaway Stargatt & Taylor, LLP.

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Eastman Kodak Company (7150); Creo Manufacturing America LLC (4412); Eastman Kodak International Capital Company, Inc. (2341); Far East Development Ltd. (2300); FPC Inc. (9183); Kodak (Near East), Inc. (7936); Kodak Americas, Ltd. (6256); Kodak Aviation Leasing LLC (5224); Kodak Imaging Network, Inc. (4107); Kodak Philippines, Ltd. (7862); Kodak Portuguesa Limited (9171); Kodak Realty, Inc. (2045); Laser-Pacific Media Corporation (4617); NPEC Inc. (5677); Pakon, Inc. (3462); and Qualex Inc. (6019). The location of the Debtors' corporate headquarters is: 343 State Street, Rochester, NY 14650.

01:12053832.1

U.S.C. §§ 101 *et seq.* and rule 1007(b) of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby amend certain of the Schedules and SOFAs as attached hereto and set forth herein (the "**Amended Schedules and SOFAs**"):

| Exhibit A | Eastman Kodak Company (Case No. 12-10202):<br>• Amended Schedule F-2 (Accounts Payable)<br>• Amended Schedule F-6 (Litigation)<br>• Amended Schedule F-7 (KERIP)<br>• Amended Schedule F-8 (KURIP)<br>• Amended Schedule F-9 (GPP & Special Agreements)<br>• Amended Schedule G-3 (Employment Related Agreements)<br>• Amended Schedule G-4 (Lease – Real Property)<br>• Amended Schedule G-5 (IP Licensing/Royalty Agreements)<br>• Amended Schedule G-7 (Purchase Agreements)<br>• Amended Schedule G-8 (Sales Agreements)<br>• Amended Schedule G-9 (Service Agreements) |
|---|---|
| Exhibit B | Kodak (Near East), Inc. (Case No. 12-10207):<br>• Amended Schedule F-1 (Accounts Payable) |
| Exhibit C | NPEC Inc. (Case No. 12-10214):<br>• Amended SOFA 3b |
| Exhibit D | Qualex Inc. (Case No. 12-10216):<br>• Amended Schedule G-3 (Purchase Agreements) |

**PLEASE TAKE FURTHER NOTICE** that copies of the Amended Schedules and SOFAs may be obtained from the Court's website, https://ecf.nysb.uscourts.gov/, or from the website of the claims and noticing agent, http://www.kccllc.net/kodak.

| | |
|---|---|
| Dated: May 16, 2012<br>New York, New York | /s/ Pauline K. Morgan<br>Pauline K. Morgan<br>Joseph M. Barry<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>1270 Avenue of the Americas<br>Suite 2210<br>New York, New York 10020<br>Telephone:   (212) 332-8854<br>Facsimile:    (212) 332-8855<br><br>- and -<br><br>Andrew G. Dietderich<br>John J. Jerome<br>Michael H. Torkin<br>Mark U. Schneiderman<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone:   (212) 558-4000<br>Facsimile:    (212) 558-3588<br><br>Counsel to the Debtors and Debtors in Possession |