**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| EASTMAN KODAK COMPANY, *et al.*,[1] | Case No. 12-10202 (ALG) |
| Debtors. | (Jointly Administered) |

**ORDER FURTHER EXTENDING THE TIME TO OBJECT**
**TO CLAIMS ASSERTED PURSUANT TO 11 U.S.C. § 503(b)(9)**

Upon the motion (the "**Motion**")[2] of Eastman Kodak Company, on behalf of itself and its affiliated debtors and debtors in possession in these chapter 11 cases (collectively, the "**Debtors**"), for entry of an order further extending the 503(b)(9) Claims Objection Deadline; it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Eastman Kodak Company (7150); Creo Manufacturing America LLC (4412); Eastman Kodak International Capital Company, Inc. (2341); Far East Development Ltd. (2300); FPC Inc. (9183); Kodak (Near East), Inc. (7936); Kodak Americas, Ltd. (6256); Kodak Aviation Leasing LLC (5224); Kodak Imaging Network, Inc. (4107); Kodak Philippines, Ltd. (7862); Kodak Portuguesa Limited (9171); Kodak Realty, Inc. (2045); Laser-Pacific Media Corporation (4617); NPEC Inc. (5677); Pakon, Inc. (3462); and Qualex Inc. (6019). The location of the Debtors' corporate headquarters is: 343 State Street, Rochester, NY 14650.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

01:13520828.2

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED to the extent provided for herein.

2. The 503(b)(9) Claims Objection Deadline is hereby extended through and including September 11, 2013.

3. This Order is without prejudice to the Debtors' right to seek further extensions of the 503(b)(9) Claims Objection Deadline.

4. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. The requirements set forth in rule 9013-1(b) of the Local Rules for the United States Bankruptcy Court for the Southern District of New York are satisfied.

6. This Court shall retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order.

New York, New York           **s/Allan L. Gropper**
Date: May 1, 2013          Allan L. Gropper
         United States Bankruptcy Judge