B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

<u>In re</u>: **KODAK IMAGING NETWORK, INC.,**                    <u>Case No.</u> **12-10210**

*Jointly administered under case No. 12-10202 of Eastman Kodak Company*


## TRANSFER OF CLAIM OTHER THAN FOR SECURITY


A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **LIQUIDITY SOLUTIONS, INC.** | **Dynamic Office & Accounting Solutions** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee            Court Claim # (if known): **2952**
should be sent:                                        Amount of Claim: **$198,496.81**
                                                       Date Claim Filed: **6/14/2012**

**LIQUIDITY SOLUTIONS, INC**
**ONE UNIVERSITY PLAZA, SUITE 312**
**HACKENSACK, NJ 07601**

Phone: **(201) 968-0001**                              Phone: _____
Last Four Digits of Acct #: _____            Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):




Phone: _____
Last Four Digits of Acct #: _____



I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/Michael Handler                              Date:  05/01/2013
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**2000540**

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **KODAK IMAGING NETWORK, INC.,**                    Case No. **12-10210**

*Jointly administered under case No. 12-10202  of Eastman Kodak Company*

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **2952** (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **05/01/2013**.

| | |
|---|---|
| **LIQUIDITY SOLUTIONS, INC.** | **Dynamic Office & Accounting Solutions** |
| Name of Alleged Transferee | Name of Transferor |
| | |
| Address of Alleged Transferee: | Address of Transferor: |
| **One University Plaza, Suite 312** | **Attn: Corporate Finance Department** |
| **Hackensack, NJ 07601** | **P.O. Box 26470** |
| | **San Francisco, CA 94126** |

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                    _____
                                                                  **CLERK OF THE COURT**


                                                                                    **2000540**

**TRANSFER NOTICE**
Pg 3 of 3

DYNAMIC OFFICE & ACCOUNTING SOLUTIONS ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Eastman Kodak Company ("Debtor"), in the aggregate amount of $198,496.81 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, Southern District of New York, Case No. 12-10202.

IN WITNESS WHEREOF, Assignor has signed below as of the ___30___ day of __April__ , 2013.


DYNAMIC OFFICE & ACCOUNTING SOLUTIONS          Liquidity Solutions, Inc.


By: _____          _____
(Signature)                                   (Signature)

Tiffany Shiair  President                      Michael Handler
(Print Name and Title)                         (Print Name and Title)

2000540