**Hearing Date:  July 17, 2013 at 11:00 a.m. (Eastern Time)**

Andrew G. Dietderich
John J. Jerome
Michael H. Torkin
Mark U. Schneiderman
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:     (212) 558-4000
Facsimile:     (212) 558-3588

Counsel to the Debtors and
Debtors in Possession

Pauline K. Morgan
Joseph M. Barry
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
1270 Avenue of the Americas
Suite 2210
New York, New York 10020
Telephone:     (212) 332-8840
Facsimile:     (212) 332-8855

Counsel to the Debtors and
Debtors in Possession[1]

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EASTMAN KODAK COMPANY, *et al.*,[2] | ) Case No. 12-10202 (ALG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket No. 3346** |

**NOTICE OF DEBTORS' INTENT TO PRESENT SECOND ORDER
REGARDING DEBTORS' NINETEENTH OMNIBUS OBJECTION
TO CLAIMS AT THE OMNIBUS HEARING SCHEDULED
FOR JULY 17, 2013 AT 11:00 A.M. (EASTERN TIME)**

**PLEASE TAKE NOTICE** that on March 18, 2013, Eastman Kodak Company, *et*

*al.* (collectively, the "**Debtors**"), filed the Debtors' Nineteenth Omnibus Objection to Claims

---

[1]    All parties in interest with inquiries regarding the Objection should direct such inquiries to Young Conaway Stargatt & Taylor, LLP.

[2]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Eastman Kodak Company (7150); Creo Manufacturing America LLC (4412); Eastman Kodak International Capital Company, Inc. (2341); Far East Development Ltd. (2300); FPC Inc. (9183); Kodak (Near East), Inc. (7936); Kodak Americas, Ltd. (6256); Kodak Aviation Leasing LLC (5224); Kodak Imaging Network, Inc. (4107); Kodak Philippines, Ltd. (7862); Kodak Portuguesa Limited (9171); Kodak Realty, Inc. (2045); Laser-Pacific Media Corporation (4617); NPEC Inc. (5677); Pakon, Inc. (3462); and Qualex Inc. (6019).  The location of the Debtors' corporate headquarters is:  343 State Street, Rochester, NY 14650.

[Docket No. 3346] (the "**Objection**").[3] Any responses to the Objection were required to be filed with the Court, and at the same time served on the undersigned counsel for the Debtors, on or before 4:00 p.m. (Eastern Time) on April 10, 2013 (the "**Response Deadline**").

PLEASE TAKE FURTHER NOTICE that on or before the Response Deadline, the following parties (each, a "**Respondent**," and collectively, the "**Respondents**") filed a response to, or contacted the Debtors with an informal response to, the Objection (each, a "**Response**," and collectively, the "**Responses**"):

| Respondent | Disputed Claim # | Formal [Docket No.] or Informal Response |
|---|---|---|
| Beryl A. Rasmussen ("**Ms. Rasmussen**") | 4339 and 4393 | Informal |
| Bayer Corporation and STWB Inc. | 5809, 5810 and 5814 | Informal |
| U.S. Customs and Border Protection | 4323 | Informal |
| Rhonda E. Uhrich | 173 | Docket No. 3468 |
| Corporate Claims Management, Inc. | 4606 | Docket No. 3346 |
| Kevin Stratton | 5524 | Docket No. 3472 |

PLEASE TAKE FURTHER NOTICE that the Debtors have resolved the Response of Ms. Rasmussen through the agreed-upon proposed form of order attached hereto as Exhibit A (the "**Proposed Order**").[4] Counsel for Ms. Rasmussen has consented to the Court's entry of the Proposed Order. The remaining Responses (collectively, the "**Unresolved Responses**") will be adjourned to the omnibus hearing in these chapter 11 cases scheduled for

---

[3]  Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Objection.

[4]  Nothing in the Proposed Order is intended or shall be deemed to amend, modify or otherwise affect that certain Order Sustaining, In Part, Debtors' Nineteenth Omnibus Objection to Claims [Docket No. 3502] (the "**Prior Order**"), as the Prior Order shall remain in full force and effect.

August 16, 2013 at 11:00 a.m. (Eastern Time), subject to further adjournment by the Debtors or

consensual resolution.[5]

PLEASE TAKE FURTHER NOTICE that the Debtors intend to present the

Proposed Order to the Honorable Allan L. Gropper, Bankruptcy Judge of the United States

Bankruptcy Court for the Southern District of New York, at One Bowling Green, New York,

New York 10004, for signature at the omnibus hearing in these chapter 11 cases scheduled for

July 17, 2013 at 11:00 a.m. (Eastern Time) (the "July Hearing").  The Proposed Order does

not seek any relief with respect to, and the July Hearing is not intended to be a hearing on, the

Unresolved Responses.

Dated:  July 9, 2013
     New York, New York

/s/ Pauline K. Morgan
Pauline K. Morgan
Joseph M. Barry
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1270 Avenue of the Americas, Suite 2210
New York, New York 10020
Telephone:    (212) 332-8840
Facsimile:    (212) 332-8855

- and -

Andrew G. Dietderich
John J. Jerome
Michael H. Torkin
Mark U. Schneiderman
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588

Counsel to the Debtors and
Debtors in Possession

---

[5]    With respect to any Unresolved Response that is informal, if the Debtors cannot reach an agreement with respect to such Unresolved Response, the Debtors have extended the Response Deadline to allow the Respondent to file a formal response with the Court prior to any hearing on the matter.

## **EXHIBIT A**

## **Proposed Order**

01:13856837.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| EASTMAN KODAK COMPANY, *et al.*,[1] | Case No. 12-10202 (ALG) |
| Debtors. | (Jointly Administered) |

## SECOND ORDER SUSTAINING, IN PART, DEBTORS' NINETEENTH OMNIBUS OBJECTION TO CLAIMS

Upon the Debtors' Nineteenth Omnibus Objection to Claims (the "**Objection**")[2] filed by Eastman Kodak Company, on behalf of itself and its affiliated debtors and debtors in possession in these chapter 11 cases (collectively, the "**Debtors**"); and it appearing that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these chapter 11 cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest insofar as hereby ordered; and it appearing that proper and adequate notice of the Objection has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Eastman Kodak Company (7150); Creo Manufacturing America LLC (4412); Eastman Kodak International Capital Company, Inc. (2341); Far East Development Ltd. (2300); FPC Inc. (9183); Kodak (Near East), Inc. (7936); Kodak Americas, Ltd. (6256); Kodak Aviation Leasing LLC (5224); Kodak Imaging Network, Inc. (4107); Kodak Philippines, Ltd. (7862); Kodak Portuguesa Limited (9171); Kodak Realty, Inc. (2045); Laser-Pacific Media Corporation (4617); NPEC Inc. (5677); Pakon, Inc. (3462); and Qualex Inc. (6019).  The location of the Debtors' corporate headquarters is:  343 State Street, Rochester, NY 14650.

[2]    All capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Objection.

1.    The Objection is SUSTAINED to the extent provided for herein.

2.    Claim Numbers 4339 and 4393 of Beryl A. Rasmussen are hereby reclassified to general unsecured claims, subject to further objection.

3.    The Debtors and the Claims Agent are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

4.    Nothing in this Order is intended or shall be deemed to amend, modify or otherwise affect that certain Order Sustaining, In Part, Debtors' Nineteenth Omnibus Objection to Claims [Docket No. 3502] (the "**Prior Order**"), and the Prior Order shall remain in full force and effect.

5.    This Court shall retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order.

New York, New York
Date:  [•], 2013

              _____
              Allan L. Gropper
              United States Bankruptcy Judge