**Hearing Date:  July 17, 2013 at 11:00 a.m. (Eastern Time)**

| | |
|---|---|
| Andrew G. Dietderich | Pauline K. Morgan |
| John J. Jerome | Joseph M. Barry |
| Michael H. Torkin | YOUNG CONAWAY STARGATT & |
| Mark U. Schneiderman | TAYLOR, LLP |
| SULLIVAN & CROMWELL LLP | 1270 Avenue of the Americas |
| 125 Broad Street | Suite 2210 |
| New York, New York 10004 | New York, New York 10020 |
| Telephone:     (212) 558-4000 | Telephone:     (212) 332-8840 |
| Facsimile:     (212) 558-3588 | Facsimile:     (212) 332-8855 |

Counsel to the Debtors and
Debtors in Possession

Counsel to the Debtors and
Debtors in Possession[1]

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTMAN KODAK COMPANY, *et al.*,[2] | ) | Case No. 12-10202 (ALG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Ref. Docket No. 4045** |

## NOTICE OF FILING OF REVISED PROPOSED ORDER FOR
## DEBTORS' TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS

**PLEASE TAKE NOTICE** that on June 17, 2013, Eastman Kodak Company, *et al.* (collectively, the "**Debtors**"), filed the Debtors' Twenty-Sixth Omnibus Objection to Claims [Docket No. 4045] (the "**Objection**").[3]  Attached as Exhibit 1 to the Objection was a proposed form of order (the "**Proposed Order**") sustaining the Objection.  Any responses to the Objection

---

[1]   All parties in interest with inquiries regarding the Objection should direct such inquiries to Young Conaway Stargatt & Taylor, LLP.

[2]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Eastman Kodak Company (7150); Creo Manufacturing America LLC (4412); Eastman Kodak International Capital Company, Inc. (2341); Far East Development Ltd. (2300); FPC Inc. (9183); Kodak (Near East), Inc. (7936); Kodak Americas, Ltd. (6256); Kodak Aviation Leasing LLC (5224); Kodak Imaging Network, Inc. (4107); Kodak Philippines, Ltd. (7862); Kodak Portuguesa Limited (9171); Kodak Realty, Inc. (2045); Laser-Pacific Media Corporation (4617); NPEC Inc. (5677); Pakon, Inc. (3462); and Qualex Inc. (6019).  The location of the Debtors' corporate headquarters is:  343 State Street, Rochester, NY 14650.

[3]   Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Objection.

and the relief provided for in the Proposed Order were required to be filed with the Court, and at

the same time served on the undersigned counsel for the Debtors, on or before 4:00 p.m. (Eastern

Time) on July 10, 2013 (the "**Response Deadline**").

PLEASE TAKE FURTHER NOTICE that on or before the Response Deadline,

the following parties (each, a "**Respondent**") filed a response to, or contacted the Debtors with

an informal response to, the Objection (each, a "**Response**"):

| Respondent | Disputed Claim # | Formal [Docket No.] or Informal Response |
|---|---|---|
| Ronald Stephen Stvartak | 2021 | Docket No. 4171 |
| TM Capital Corp. ("**TM Capital**") | 4876 | Informal |

PLEASE TAKE FURTHER NOTICE that the Debtors have withdrawn *without*

prejudice the Objection solely as it pertains to the Disputed Claim that is the subject of the

Response of TM Capital through certain agreed-upon modifications to the Proposed Order and

the exhibits thereto.  The remaining Response (the "**Unresolved Response**") will be adjourned to

the omnibus hearing in these chapter 11 cases scheduled for August 16, 2013 at 11:00 a.m.

(Eastern Time), subject to further adjournment by the Debtors or consensual resolution, and the

applicable Respondent has been advised of the same.

PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibit 1 is a

revised Proposed Order (the "**Revised Proposed Order**"), together with revised exhibits thereto.

The Debtors intend to present the Revised Proposed Order to the Honorable Allan L. Gropper,

Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York,

at One Bowling Green, New York, New York 10004, for signature at the omnibus hearing in

these chapter 11 cases scheduled for **July 17, 2013 at 11:00 a.m. (Eastern Time)** (the "**July**

**Hearing**").  TM Capital has consented to the Court's entry of the Revised Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that for ease of reference, attached

hereto as <u>Exhibit 2</u> is a copy of the Revised Proposed Order marked against the Proposed Order

(the "**Blackline**").  The Blackline does not include a marked copy of the exhibits to the Revised

Proposed Order, but the only revisions thereto have been to remove the Disputed Claims that are

the subject of the (a) Response of TM Capital and (b) Unresolved Response.[4]  The Revised

Proposed Order does not seek any relief with respect to, and the July Hearing is not intended to

be a hearing on, the Unresolved Response.

Dated:   July 15, 2013
          New York, New York

/s/ Pauline K. Morgan
Pauline K. Morgan
Joseph M. Barry
YOUNG CONAWAY STARGATT & TAYLOR,
LLP
1270 Avenue of the Americas
Suite 2210
New York, New York 10020
Telephone:     (212) 332-8840
Facsimile:     (212) 332-8855

- and -

Andrew G. Dietderich
John J. Jerome
Michael H. Torkin
Mark U. Schneiderman
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:     (212) 558-4000
Facsimile:     (212) 558-3588

Counsel to the Debtors and
Debtors in Possession

---

[4]   Pursuant to the Revised Proposed Order, the Objection is withdrawn *without* prejudice solely as it pertains to
      Claim Numbers 81, 1813, 3529, 5979, and 6084 (collectively, the "**Withdrawn Claims**"), as the Withdrawn
      Claims were withdrawn by the applicable claimants subsequent to the filing of the Objection.

**<u>EXHIBIT 1</u>**

**<u>Revised Proposed Order</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| EASTMAN KODAK COMPANY, *et al.*,[1] | Case No. 12-10202 (ALG) |
| Debtors. | (Jointly Administered) |

## ORDER SUSTAINING, IN PART, DEBTORS' TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS

Upon the Debtors' Twenty-Sixth Omnibus Objection to Claims (the "**Objection**")[2] filed by Eastman Kodak Company, on behalf of itself and its affiliated debtors and debtors in possession in these chapter 11 cases (collectively, the "**Debtors**"); and it appearing that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these chapter 11 cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and it appearing that proper and adequate notice of the Objection has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Eastman Kodak Company (7150); Creo Manufacturing America LLC (4412); Eastman Kodak International Capital Company, Inc. (2341); Far East Development Ltd. (2300); FPC Inc. (9183); Kodak (Near East), Inc. (7936); Kodak Americas, Ltd. (6256); Kodak Aviation Leasing LLC (5224); Kodak Imaging Network, Inc. (4107); Kodak Philippines, Ltd. (7862); Kodak Portuguesa Limited (9171); Kodak Realty, Inc. (2045); Laser-Pacific Media Corporation (4617); NPEC Inc. (5677); Pakon, Inc. (3462); and Qualex Inc. (6019).  The location of the Debtors' corporate headquarters is:  343 State Street, Rochester, NY 14650.

[2]    All capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Objection.

1.      The Objection is SUSTAINED to the extent provided for herein.

2.      The Amended Claims identified on Exhibit A to this Order are hereby disallowed and expunged in their entirety.

3.      The No Liability Claims identified on Exhibit B to this Order are hereby disallowed and expunged in their entirety.

4.      The Pension Claims identified on Exhibit C to this Order are hereby disallowed and expunged in their entirety.

5.      The Redundant Claims identified on Exhibit D to this Order are hereby disallowed and expunged in their entirety.

6.      The Satisfied Claims identified on Exhibit E to this Order are hereby disallowed and expunged in their entirety.

7.      The Objection is hereby withdrawn *without* prejudice solely as it pertains to Claim Number 4876.

8.      The Objection is hereby withdrawn *without* prejudice solely as it pertains to Claim Numbers 81, 1813, 3529, 5979, and 6084 (collectively, the "**Withdrawn Claims**"), as the Withdrawn Claims were withdrawn by the applicable claimants subsequent to the filing of the Objection.

9.      The Objection is hereby adjourned to the omnibus hearing in these chapter 11 cases scheduled for August 16, 2013 at 11:00 a.m. (Eastern Time), subject to further adjournment by the Debtors or consensual resolution, solely with respect to the response to the Objection and the corresponding Disputed Claim that is identified in the chart immediately below.

| Respondent | Disputed Claim # | Docket No. |
|---|---|---|
| Ronald Stephen Stvartak | 2021 | Docket No. 4171 |

10.    The Debtors and the Claims Agent are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

11.    Any and all rights of the Debtors and their estates to amend, supplement or otherwise modify the Objection and to file additional objections to any and all claims filed in these chapter 11 cases, including, without limitation, any and all of the Disputed Claims and the Remaining Claims, shall be reserved.  Any and all rights, claims and defenses of the Debtors and their estates with respect to any and all of the Disputed Claims and the Remaining Claims shall be reserved, and nothing included in or omitted from the Objection is intended or shall be deemed to impair, prejudice, waive or otherwise affect any rights, claims, or defenses of the Debtors and their estates with respect to the Disputed Claims and the Remaining Claims.

12.    The requirements set forth in rule 9013-1(b) of the Local Rules for the United States Bankruptcy Court for the Southern District of New York are satisfied.

13.    This Court shall retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order.

New York, New York
Date:  [•], 2013

_____
Allan L. Gropper
United States Bankruptcy Judge

# EXHIBIT A[1]

## Amended Claims

---

[1]    All capitalized terms used but otherwise not defined on Exhibit A shall have the meanings set forth in the Objection.

# Exhibit A
## Amended Claims

| | Claim # | Transferred | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | Unliquidated |
|---|---|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | 1697 | ☐ | Eastman Kodak Company | FRONTIER COMMUNICATIONS BANKRUPTCY DEPT 19 JOHN ST MIDDLETOWN, NY 10940 | $0.00 | $0.00 | $0.00 | $112,365.54 | $112,365.54 | ☐ |
| **Date Filed:** 5/10/2012 | | | | | | | | | | |
| **Remaining Claim** | 6162 | ☐ | Eastman Kodak Company | FRONTIER COMMUNICATIONS BANKRUPTCY DEPT 19 JOHN ST MIDDLETOWN, NY 10940 | $0.00 | $0.00 | $0.00 | $68,833.28 | $68,833.28 | ☐ |
| **Date Filed:** 5/13/2013 | | | | | | | | | | |
| **Claim To Be Expunged** | 6088 | ☐ | Eastman Kodak Company | IBM CORPORATION ATTN BANKRUPTCY COORDINATOR/MARIE-JOSEE DUBE 1360 RENE LEVESQUE W. MONTREAL, QC H3G 2W6 | $0.00 | $174,182.38 | $0.00 | $2,025,606.21 | $2,199,788.59 | ☐ |
| **Date Filed:** 2/18/2013 | | | | | | | | | | |
| **Remaining Claim** | 6166 | ☐ | Eastman Kodak Company | IBM CORPORATION ATTN BANKRUPTCY COORDINATOR/MARIE-JOSEE DUBE 1360 RENE LEVESQUE W. MONTREAL , QC H3G 2W6 | $0.00 | $219,183.25 | $0.00 | $2,025,606.21 | $2,244,789.46 | ☐ |
| **Date Filed:** 5/28/2013 | | | | | | | | | | |
| **Claim To Be Expunged** | 5946 | ☐ | Eastman Kodak Company | ORACLE AMERICA, INC. SUCCESSOR IN INTEREST TO ART TECHNOLOGY GROUP, INC., PILLAR DATA SYSTEMS, RIGHT NOW TECHNOLOGIES ET AL. SHAWN M. CHRISTIANSON, ESQ BUCHALTER NEMER P.C. 55 SECOND STREET, 17TH FLOOR SAN FRANCISCO, CA 94105 | $0.00 | $0.00 | $0.00 | $488,576.97 | $488,576.97 | ☑ |
| **Date Filed:** 8/15/2012 | | | | | | | | | | |
| **Remaining Claim** | 6169 | ☐ | Eastman Kodak Company | ORACLE AMERICA, INC. SUCCESSOR IN INTEREST TO ART TECHNOLOGY GROUP, INC., PILLAR DATA SYSTEMS, RIGHT NOW TECHNOLOGIES, ET AL. SHAWN M. CHRISTIANSON, ESQ BUCHALTER NEMER P.C. 55 SECOND STREET, 17TH FLOOR SAN FRANCISCO, CA 94105 | $0.00 | $0.00 | $0.00 | $515,576.37 | $515,576.37 | ☐ |
| **Date Filed:** 5/28/2013 | | | | | | | | | | |

12-10202-alg Doc 4286 Filed 07/15/13 Entered 07/15/13 14:34:32 Main Docu Pg 9 of 34

# Exhibit A
## Amended Claims

| | Claim # | Transferred | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | Unliquidated |
|---|---|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | **3665** | ☐ | Eastman Kodak Company | STATE OF FLORIDA - DEPARTMENT OF REVENUE | $0.00 | $0.00 | $35,708.60 | $25.00 | $35,733.60 | ☐ |
| **Date Filed:** 6/25/2012 | | | | BANKRUPTCY SECTION FREDERICK F. RUDZIK POST OFFICE BOX 6668 TALLAHASSEE, FL  32314-6668 | | | | | | |
| **Remaining Claim** | **6167** | ☐ | Eastman Kodak Company | STATE OF FLORIDA - DEPARTMENT OF REVENUE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ☐ |
| **Date Filed:** 5/28/2013 | | | | CLAIMANTS ATTORNEY FREDERICK F. RUDZIK BANKRUPTCY SECTION PO BOX 6668 TALLAHASSEE, FL  32314-6668 | | | | | | |
| **Claims To Be Expunged Totals** | | | | **Count:  4** | **$0.00** | **$174,182.38** | **$35,708.60** | **$2,626,573.72** | **$2,836,464.70** | |

**<u>EXHIBIT B</u>**[1]

**<u>No Liability Claims</u>**

---

[1]    All capitalized terms used but otherwise not defined on <u>Exhibit B</u> shall have the meanings set forth in the Objection.

# Exhibit B
## No Liability Claims

| | Claim # | Transferred | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | Unliquidated |
|---|---|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | **5086** | ☐ | Eastman Kodak Company | BOGER JERRY ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $38,437.00 | $38,437.00 | ☐ |
| **Date Filed:** | 7/16/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **2807** | ☐ | Eastman Kodak Company | CHAMPION CHARLES ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ☑ |
| **Date Filed:** | 6/14/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **3859** | ☐ | Eastman Kodak Company | CHILDS CHARLIE ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $13,250.00 | $13,250.00 | ☐ |
| **Date Filed:** | 7/9/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **4485** | ☐ | Eastman Kodak Company | HAUSS THOMAS H ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $23,203.00 | $23,203.00 | ☐ |
| **Date Filed:** | 7/13/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **5324** | ☐ | Eastman Kodak Company | HOFFMAN LEON DOMINIC ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $42,450.00 | $42,450.00 | ☐ |
| **Date Filed:** | 7/17/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **3556** | ☐ | Eastman Kodak Company | JEAN BUSH WHITE ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $18,600.00 | $18,600.00 | ☐ |
| **Date Filed:** | 7/3/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **3763** | ☐ | Eastman Kodak Company | KUHFELDT, KENNETH ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ☑ |
| **Date Filed:** | 7/6/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **3766** | ☐ | Eastman Kodak Company | KUHFELDT, KENNETH ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ☑ |
| **Date Filed:** | 7/6/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **1889** | ☐ | Eastman Kodak Company | MCGINNIS MICHAEL J ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $7,757.02 | $7,757.02 | ☐ |
| **Date Filed:** | 5/29/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **5427** | ☐ | Eastman Kodak Company | MOUNTAIN SPORTS INTERNATIONAL 1435 S STATE STREET SALT LAKE CITY, UT 84115 | $0.00 | $0.00 | $0.00 | $3,752.28 | $3,752.28 | ☐ |
| **Date Filed:** | 7/17/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **5444** | ☐ | Eastman Kodak Company | MOUNTAIN SPORTS INTERNATIONAL 1435 S STATE STREET SALT LAKE CITY, UT 84115 | $0.00 | $0.00 | $0.00 | $8,755.32 | $8,755.32 | ☐ |
| **Date Filed:** | 7/17/2012 | | | | | | | | | |

12-10202-mew Doc 4286 Filed 01/15/13 Entered 07/15/15 14:36:32 Main Document Pg 12 of 34

# Exhibit B
## No Liability Claims

| | Claim # | Transferred | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | Unliquidated |
|---|---|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | **4107** | ☐ | Eastman Kodak Company | MURCHINSON, BRENDA J. ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $5,393.75 | $5,393.75 | ☐ |
| **Date Filed:** | 7/10/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **5882** | ☐ | Eastman Kodak Company | PARASILITI ROSS ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $7,582.00 | $7,582.00 | ☐ |
| **Date Filed:** | 7/26/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **3424** | ☐ | Eastman Kodak Company | POOLE, NEETHA ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $37,785.00 | $37,785.00 | ☐ |
| **Date Filed:** | 7/2/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **4839** | ☐ | Eastman Kodak Company | POSLUSNY JERROLD ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $6,235.00 | $6,235.00 | ☐ |
| **Date Filed:** | 7/16/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **1926** | ☐ | Eastman Kodak Company | ROYER HERBERT ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $37,500.00 | $37,500.00 | ☐ |
| **Date Filed:** | 5/29/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **5707** | ☐ | Eastman Kodak Company | SCHRADER MARILYN ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $6,859.00 | $6,859.00 | ☐ |
| **Date Filed:** | 7/18/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **5003** | ☐ | Eastman Kodak Company | TOMER DAVID ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $6,301.00 | $6,301.00 | ☐ |
| **Date Filed:** | 7/16/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **3927** | ☐ | Eastman Kodak Company | VINCE DAMORE ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $9,202.29 | $9,202.29 | ☐ |
| **Date Filed:** | 7/9/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **3371** | ☐ | Eastman Kodak Company | WAKE CLAYTON HAROLD ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $16,900.00 | $16,900.00 | ☐ |
| **Date Filed:** | 7/2/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **3409** | ☐ | Eastman Kodak Company | WAKE MARY C ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $15,200.00 | $15,200.00 | ☐ |
| **Date Filed:** | 7/2/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **2555** | ☐ | Qualex Inc. | WASHINGTON INTERNATIONAL 475 N MARTINGALE RD # 850 SCHAUMBURG, IL 60173-2405 | $0.00 | $0.00 | $0.00 | $50,800.00 | $50,800.00 | ☐ |
| **Date Filed:** | 6/8/2012 | | | | | | | | | |

12-10202-mew Doc 4286 Filed 01/15/13 Entered 07/15/13 14:38:32 Main Docu Pg 13 of 34

# Exhibit B
# No Liability Claims

| | Claim # | Transferred | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | Unliquidated |
|---|---|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | **5679** | ☐ | Eastman Kodak Company | WASTE MANAGEMENT C/O JACQUOLYN E. MILLS 1001 FANNIN ST. STE. 4000 HOUSTON, TX 77002 | $0.00 | $0.00 | $0.00 | $18,685.90 | $18,685.90 | ☐ |
| **Date Filed:** 7/18/2012 | | | | | | | | | | |
| **Claims To Be Expunged Totals** | | | | **Count: 23** | $0.00 | $0.00 | $0.00 | $374,648.56 | $374,648.56 | |

**EXHIBIT C**[1]

**Pension Claims**

---

[1]    All capitalized terms used but otherwise not defined on Exhibit C shall have the meanings set forth in the Objection.

# Exhibit C
## Pension Claims

| | Claim # | Transferred | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | Unliquidated |
|---|---|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | **5673** | ☐ | Qualex Inc. | BAGGETT, ERNEST W ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | ☐ |
| **Date Filed:** | 7/18/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **2192** | ☐ | Eastman Kodak Company | BLACKWOOD, MICHAEL G ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $22,948.80 | $22,948.80 | ☐ |
| **Date Filed:** | 6/4/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **4186** | ☐ | Eastman Kodak Company | BONNETT, ROBERT A. ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $44,431.00 | $44,431.00 | ☐ |
| **Date Filed:** | 7/11/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **2765** | ☐ | Eastman Kodak Company | BOWEN, KATHERINE A ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $46,282.00 | $46,282.00 | ☐ |
| **Date Filed:** | 6/12/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **3483** | ☐ | Eastman Kodak Company | BOWEN, KEITH D ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $30,000.00 | $30,000.00 | ☐ |
| **Date Filed:** | 7/2/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **4866** | ☐ | Eastman Kodak Company | BRENEMAN, BARBARA ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $13,000.00 | $13,000.00 | ☐ |
| **Date Filed:** | 7/16/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **4113** | ☐ | Eastman Kodak Company | CANNIZZARO, ANNA ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $28,702.20 | $28,702.20 | ☐ |
| **Date Filed:** | 7/10/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **3524** | ☐ | Eastman Kodak Company | DIVA, EARLL ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $48,005.95 | $48,005.95 | ☐ |
| **Date Filed:** | 7/3/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **5598** | ☐ | Eastman Kodak Company | DOCKRELL, ROBERT G ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $18,199.33 | $18,199.33 | ☐ |
| **Date Filed:** | 7/17/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **2834** | ☐ | Eastman Kodak Company | EPPERLY, PATRICIA C ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 | ☐ |
| **Date Filed:** | 6/14/2012 | | | | | | | | | |

12-10202-mew Doc 4286 Filed 07/15/13 Entered 07/15/13 14:34:32 Pg 16 of 34 Main Docu

# Exhibit C
## Pension Claims

| | Claim # | Transferred | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | Unliquidated |
|---|---|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | **4480** | ☐ | Eastman Kodak Company | EVANS, TERRY A ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $11,174.76 | $11,174.76 | ☐ |
| **Date Filed:** | 7/13/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **4904** | ☐ | Eastman Kodak Company | GHENT, GIOVANNI M ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $13,051.00 | $13,051.00 | ☐ |
| **Date Filed:** | 7/16/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **5282** | ☐ | Eastman Kodak Company | GRAUBERGER, DARRYL DEE ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $45,000.00 | $45,000.00 | ☐ |
| **Date Filed:** | 7/17/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **4111** | ☐ | Qualex Inc. | HUBERDAULT, DAVID P. ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $29,121.00 | $29,121.00 | ☐ |
| **Date Filed:** | 7/10/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **3357** | ☐ | Eastman Kodak Company | HUMPHREY, E L ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $38,095.00 | $38,095.00 | ☐ |
| **Date Filed:** | 6/29/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **2964** | ☐ | Eastman Kodak Company | IRWIN, DAVID S ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $30,912.00 | $30,912.00 | ☐ |
| **Date Filed:** | 6/18/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **2406** | ☐ | Eastman Kodak Company | KELLER, JOEL ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $36,400.00 | $36,400.00 | ☐ |
| **Date Filed:** | 6/6/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **5936** | ☐ | Eastman Kodak Company | KWONG, EDITH ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $23,905.83 | $23,905.83 | ☐ |
| **Date Filed:** | 8/30/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **3136** | ☐ | Eastman Kodak Company | LEACH, JAMES ALAN ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $48,713.00 | $48,713.00 | ☐ |
| **Date Filed:** | 6/25/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **3365** | ☐ | Eastman Kodak Company | LEBEAU, CAROL ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 | ☐ |
| **Date Filed:** | 6/29/2012 | | | | | | | | | |

12-10202-mew Doc 4286 Filed 07/15/13 Entered 07/15/13 14:34:32 Main Document Pg 17 of 34

# Exhibit C
## Pension Claims

| | Claim # | Transferred | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | Unliquidated |
|---|---|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | **4338** | ☐ | Eastman Kodak Company | LEBEAU, LEONARD WALTER<br>ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 | ☐ |
| **Date Filed:** | 7/12/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **3581** | ☐ | Eastman Kodak International Capital Company, Inc. | LOWERY, ROY W<br>ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $30,000.00 | $30,000.00 | ☐ |
| **Date Filed:** | 7/3/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **3382** | ☐ | Qualex Inc. | MARY HAUPT<br>ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $33,264.46 | $33,264.46 | ☐ |
| **Date Filed:** | 6/19/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **2504** | ☐ | Eastman Kodak Company | MCCOY, RICHARD<br>ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $40,053.72 | $40,053.72 | ☐ |
| **Date Filed:** | 6/7/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **2508** | ☐ | Eastman Kodak Company | MILKS, L TERRELL<br>ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $41,104.00 | $41,104.00 | ☐ |
| **Date Filed:** | 6/7/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **4608** | ☐ | Eastman Kodak Company | PATTESON, FLORA MARIE<br>ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $37,562.40 | $37,562.40 | ☐ |
| **Date Filed:** | 7/13/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **2038** | ☐ | Eastman Kodak Company | PEZZULLO, JOHN D<br>ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $38,595.84 | $38,595.84 | ☐ |
| **Date Filed:** | 5/31/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **3904** | ☐ | Eastman Kodak Company | POTHIER, HEATHER JEAN<br>ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $40,948.35 | $40,948.35 | ☐ |
| **Date Filed:** | 7/9/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **2601** | ☐ | Qualex Inc. | RIEKENA, CAROL<br>ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $8,827.70 | $8,827.70 | ☐ |
| **Date Filed:** | 6/11/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **5594** | ☐ | Eastman Kodak Company | ROBERT DOCKRELL<br>ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $16,821.42 | $16,821.42 | ☐ |
| **Date Filed:** | 7/17/2012 | | | | | | | | | |

12-10202-mew Doc 4286 Filed 07/15/13 Entered 07/15/13 14:34:32 Main Document Pg 18 of 34

# Exhibit C
## Pension Claims

| | Claim # | Transferred | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | Unliquidated |
|---|---|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | **3358** | ☐ | Eastman Kodak Company | SHIOSHITA, MARJORIE C ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $30,000.00 | $30,000.00 | ☐ |
| **Date Filed:** | 6/29/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **3677** | ☐ | Eastman Kodak Company | THOMAS, JOANNE M ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $37,329.00 | $37,329.00 | ☐ |
| **Date Filed:** | 6/26/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **5729** | ☐ | Eastman Kodak Company | THOMAS, VANCE EDWARD ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $30,000.00 | $30,000.00 | ☐ |
| **Date Filed:** | 7/18/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **3588** | ☐ | Qualex Inc. | WEBSTER, EDWIN ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $17,424.00 | $17,424.00 | ☐ |
| **Date Filed:** | 6/21/2012 | | | | | | | | | |
| **Claims To Be Expunged Totals** | | | | **Count: 34** | **$0.00** | **$0.00** | **$0.00** | **$1,060,872.76** | **$1,060,872.76** | |

12-10202-mew Doc 4286 Filed 07/15/13 Entered 07/15/13 14:34:32 Main Document Pg 19 of 34

**EXHIBIT D**[1]

**Redundant Claims**

---

[1]    All capitalized terms used but otherwise not defined on <u>Exhibit D</u> shall have the meanings set forth in the Objection.

# Exhibit D
## Redundant Claims

| | Claim # | Transferred | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | Unliquidated |
|---|---|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | 1849 | ☐ | Eastman Kodak Company | ALOI MATERIALS HANDLING 660 WEST METRO PARK ROCHESTER, NY 14623 | $0.00 | $0.00 | $0.00 | $15,408.00 | $15,408.00 | ☐ |
| Date Filed: 5/29/2012 | | | | | | | | | | |
| **Remaining Claim** | 74 | ☐ | Eastman Kodak Company | ALOI MATERIALS HANDLING ROBIN FOX 660 W METRO PARK ROCHESTER, NY 14623 | $0.00 | $0.00 | $0.00 | $15,408.00 | $15,408.00 | ☐ |
| Date Filed: 1/30/2012 | | | | | | | | | | |
| **Claim To Be Expunged** | 3446 | ☑ | Eastman Kodak Company | ANTENNA SOFTWARE 111 TOWN SQUARE PLACE JERSEY CITY, NJ 07310 | $0.00 | $0.00 | $0.00 | $36,382.76 | $36,382.76 | ☐ |
| Date Filed: 7/2/2012 | | | | | | | | | | |
| **Remaining Claim** | 3456 | ☐ | Eastman Kodak Company | RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR ANTENNA SOFTWARE, INC. P.O. BOX 626 PLANETARIUM STATION NEW YORK, NY 10024 | $0.00 | $0.00 | $0.00 | $36,382.72 | $36,382.72 | ☐ |
| Date Filed: 7/2/2012 | | | | | | | | | | |
| **Claim To Be Expunged** | 1085 | ☐ | Eastman Kodak Company | LEWIS & MICHAEL INC 1827 WOODMAN DR DAYTON, OH 45417 | $13,891.75 | $0.00 | $0.00 | $0.00 | $13,891.75 | ☐ |
| Date Filed: 4/5/2012 | | | | | | | | | | |
| **Remaining Claim** | 2550 | ☐ | Eastman Kodak Company | LEWIS & MICHAEL, INC SECURITY STORAGE MOVING-PACKING-CRATING-STORAGE-SHIPPING 35 WATTERSON STREET DAYTON, OH 45417 | $13,921.75 | $0.00 | $0.00 | $0.00 | $13,921.75 | ☐ |
| Date Filed: 6/8/2012 | | | | | | | | | | |
| **Claim To Be Expunged** | 952 | ☐ | Eastman Kodak Company | LRQA AMERICAS SUSTAINABILITY, INC 1330 ENCLAVE PKWY STE 200 HOUSTON, TX 77077 | $0.00 | $0.00 | $0.00 | $19,000.00 | $19,000.00 | ☐ |
| Date Filed: 3/23/2012 | | | | | | | | | | |
| **Remaining Claim** | 1829 | ☐ | Eastman Kodak Company | LRQA AMERICAS SUSTAINABILITY INC 1216 STATE ST. SANTA BARBARA, CA 93101 | $0.00 | $0.00 | $0.00 | $19,000.00 | $19,000.00 | ☐ |
| Date Filed: 5/25/2012 | | | | | | | | | | |
| **Claim To Be Expunged** | 494 | ☐ | Eastman Kodak Company | MARK MERNER, INTERMEDIA RESEARCH & CONSULTING 103 LELAND STREET SANTA ROSA, CA 95404 | $0.00 | $0.00 | $0.00 | $42,967.74 | $42,967.74 | ☐ |
| Date Filed: 2/23/2012 | | | | | | | | | | |
| **Remaining Claim** | 260 | ☐ | Eastman Kodak Company | INTERMEDIA RESEARCH & CONSULTING MARK MERNER 103 LELAND STREET SANTA ROSA, CA 95404 | $0.00 | $0.00 | $0.00 | $24,130.68 | $24,130.68 | ☐ |
| Date Filed: 2/8/2012 | | | | | | | | | | |

12-10202-mew Doc 4286 Filed 07/15/13 Entered 07/15/13 14:34:32 Main Docu... Pg 21 of 34

# Exhibit D
## Redundant Claims

| | Claim # | Transferred | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | Unliquidated |
|---|---|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | 3916 | ☐ | Eastman Kodak Company | MARVAL Y OFARRELL<br>AV. LEANDRO N.ALEM 928<br>BUENOS AIRES, 01001 | $0.00 | $0.00 | $0.00 | $3,255.28 | $3,255.28 | ☐ |
| **Date Filed:** | 7/9/2012 | | | | | | | | | |
| **Claim To Be Expunged** | 3978 | ☐ | Eastman Kodak Company | MARVAL Y OFARRELL & MAIRAL<br>AV. LEANDRO N.ALEM 928<br>BUENOS AIRES, 0 1001 | $0.00 | $0.00 | $0.00 | $3,255.28 | $3,255.28 | ☐ |
| **Date Filed:** | 7/9/2012 | | | | | | | | | |
| **Remaining Claim** | 5992 | ☐ | Eastman Kodak Company | MARVAL & OFARRELL<br>AV LEANDRO N. ALEM 928<br>BUENOS AIRES, 1001 | $0.00 | $0.00 | $0.00 | $6,499.00 | $6,499.00 | ☐ |
| **Date Filed:** | 11/1/2012 | | | | | | | | | |
| **Claim To Be Expunged** | 856 | ☐ | Eastman Kodak Company | NETWORK HARDWARE RESALE LLC.<br>6500 HOLLISTER AVE #210<br>SANTA BARBARA, CA 93117 | $0.00 | $0.00 | $0.00 | $26,576.25 | $26,576.25 | ☐ |
| **Date Filed:** | 3/14/2012 | | | | | | | | | |
| **Claim To Be Expunged** | 1672 | ☐ | Eastman Kodak Company | NETWORK HARDWARE RESALE, LLC.<br>6500 HOLLISTER AVE #210<br>SANTA BARBARA, CA 93117 | $0.00 | $0.00 | $0.00 | $4,186.86 | $4,186.86 | ☐ |
| **Date Filed:** | 5/3/2012 | | | | | | | | | |
| **Remaining Claim** | 2400 | ☐ | Kodak Imaging Network, Inc. | NETWORK HARDWARE RESALE, LLC<br>6500 HOLLISTER AVE #210<br>SANTA BARBARA, CA 93117 | $0.00 | $0.00 | $0.00 | $30,763.11 | $30,763.11 | ☐ |
| **Date Filed:** | 6/6/2012 | | | | | | | | | |
| **Claim To Be Expunged** | 2215 | ☐ | Eastman Kodak Company | PRIDE COMMERCIAL APPLIANCE SERVICE<br>PO BOX 505<br>FAIRPORT, NY 14450 | $0.00 | $0.00 | $0.00 | $3,020.41 | $3,020.41 | ☐ |
| **Date Filed:** | 6/4/2012 | | | | | | | | | |
| **Claim To Be Expunged** | 2211 | ☐ | Eastman Kodak Company | PRIDE COMMERCIAL APPLIANCE SERVICE<br>P.O. BOX 505<br>FAIRPORT, NY 14450 | $0.00 | $0.00 | $0.00 | $16,289.21 | $16,289.21 | ☐ |
| **Date Filed:** | 6/4/2012 | | | | | | | | | |
| **Remaining Claim** | 524 | ☐ | Eastman Kodak Company | PRIDE COMMERCIAL APPLIANCE SERVICE<br>PO BOX 505<br>FAIRPORT, NY 14450 | $0.00 | $0.00 | $0.00 | $19,309.62 | $19,309.62 | ☐ |
| **Date Filed:** | 2/24/2012 | | | | | | | | | |
| **Claim To Be Expunged** | 2251 | ☐ | Eastman Kodak Company | WEY, JONG-SHINN<br>ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $23,600.00 | $23,600.00 | ☐ |
| **Date Filed:** | 6/4/2012 | | | | | | | | | |
| **Remaining Claim** | 2330 | ☐ | Eastman Kodak Company | WEY, JONG-SHINN<br>ADDRESS REDACTED | $0.00 | $0.00 | $0.00 | $28,390.00 | $28,390.00 | ☐ |
| **Date Filed:** | 6/4/2012 | | | | | | | | | |
| **Claims To Be Expunged Totals** | | | | **Count: 12** | **$13,891.75** | **$0.00** | **$0.00** | **$193,941.79** | **$207,833.54** | |

# EXHIBIT E[1]

## Satisfied Claims

---

[1] All capitalized terms used but otherwise not defined on <u>Exhibit E</u> shall have the meanings set forth in the Objection.

# Exhibit E
## Satisfied Claims

| | Claim # | Transferred | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | Unliquidated |
|---|---|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | **4489** | ☐ | Eastman Kodak Company | B&G PTL ENTERPRISES INC<br>1291 SW 27TH AVE<br>POMPANO BEACH, FL 33069 | $0.00 | $0.00 | $0.00 | $10,409.35 | $10,409.35 | ☐ |
| **Date Filed:** | 7/13/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **803** | ☐ | Eastman Kodak Company | CHARLES COUNTY<br>C/O MEYERS, RODBELL & ROSENBAUM, P.A.<br>6801 KENILWORTH AVENUE, SUITE 400<br>RIVERDALE, MD 20737-1385 | $63.46 | $0.00 | $0.00 | $0.00 | $63.46 | ☐ |
| **Date Filed:** | 3/12/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **6082** | ☐ | Eastman Kodak Company | FULTON COUNTY TAX COMMISSIONER<br>141 PRYOR ST SUITE 1113<br>ATLANTA, GA 30303 | $0.00 | $0.00 | $198.62 | $0.00 | $198.62 | ☐ |
| **Date Filed:** | 2/6/2013 | | | | | | | | | |
| **Claim To Be Expunged** | **6085** | ☐ | Laser-Pacific Media Corporation | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | $3,674.18 | $0.00 | $0.00 | $0.00 | $3,674.18 | ☐ |
| **Date Filed:** | 2/11/2013 | | | | | | | | | |
| **Claim To Be Expunged** | **1649** | ☐ | Qualex Inc. | MARINE EXHIBITION CORP. DBA MIAMI SEAQUARIUM<br>SHERRYL K. MOODY V.P.-DIR. OF FINANCE<br>MARINE EXHIBITION CORP. 4400<br>MIAMI, FL 33149 | $0.00 | $0.00 | $0.00 | $24,452.29 | $24,452.29 | ☐ |
| **Date Filed:** | 4/30/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **1251** | ☐ | Eastman Kodak Company | SPOKANE COUNTY TREASURER<br>PO BOX 2165<br>SPOKANE, WA 99210-2165 | $1,519.48 | $0.00 | $0.00 | $0.00 | $1,519.48 | ☐ |
| **Date Filed:** | 4/19/2012 | | | | | | | | | |
| **Claim To Be Expunged** | **6083** | ☐ | Eastman Kodak Company | ST LOUIS COUNTY COLLECTOR OF REVENUE<br>41 S CENTRAL AVE<br>CLAYTON, MO 63105 | $0.00 | $0.00 | $598.81 | $0.00 | $598.81 | ☐ |
| **Date Filed:** | 2/4/2013 | | | | | | | | | |
| **Claim To Be Expunged** | **6167** | ☐ | Eastman Kodak Company | STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>CLAIMANTS ATTORNEY FREDERICK F. RUDZIK<br>BANKRUPTCY SECTION PO BOX 6668<br>TALLAHASSEE, FL 32314-6668 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ☐ |
| **Date Filed:** | 5/28/2013 | | | | | | | | | |
| **Claim To Be Expunged** | **193** | ☐ | Eastman Kodak Company | XYTECH MODULE TECHNOLOGIES<br>XYTECH MODULE TECHNOLOGIES, BUSINESS<br>KEIZERS VELD 4 5803 AN VENRAY | $0.00 | $0.00 | $0.00 | $19,920.91 | $19,920.91 | ☐ |
| **Date Filed:** | 2/7/2012 | | | | | | | | | |
| **Claims To Be Expunged Totals** | | | | **Count: 9** | **$5,257.12** | **$0.00** | **$797.43** | **$54,782.55** | **$60,837.10** | |

12-10202-mew Doc 4286 Filed 07/15/13 Entered 07/15/13 14:33:32 Main Document Pg 24 of 34

# **EXHIBIT 2**

## **Blackline**

01:13875077.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ) | |
| ) | Chapter 11 |
| ) | |
| In re: ) | |
| EASTMAN KODAK COMPANY, *et al.*,[1] ) | Case No. 12-10202 (ALG) |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |

**ORDER SUSTAINING, IN PART, DEBTORS'**
**TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS**

Upon the Debtors' Twenty-Sixth Omnibus Objection to Claims (the

"**Objection**")[2] filed by Eastman Kodak Company, on behalf of itself and its affiliated debtors

and debtors in possession in these chapter 11 cases (collectively, the "**Debtors**"); and it

appearing that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157

and 1334; and it appearing that venue of these chapter 11 cases and the Objection in this district

is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core

proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief

requested in the Objection is in the best interests of the Debtors, their estates, their creditors and

other parties in interest; and it appearing that proper and adequate notice of the Objection has

been given and that no other or further notice is necessary; and after due deliberation thereon;

and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are:  Eastman Kodak Company (7150); Creo Manufacturing America LLC (4412); Eastman Kodak
International Capital Company, Inc. (2341); Far East Development Ltd. (2300); FPC Inc. (9183); Kodak
(Near East), Inc. (7936); Kodak Americas, Ltd. (6256); Kodak Aviation Leasing LLC (5224); Kodak
Imaging Network, Inc. (4107); Kodak Philippines, Ltd. (7862); Kodak Portuguesa Limited (9171); Kodak
Realty, Inc. (2045); Laser-Pacific Media Corporation (4617); NPEC Inc. (5677); Pakon, Inc. (3462); and
Qualex Inc. (6019).  The location of the Debtors' corporate headquarters is:  343 State Street, Rochester,
NY 14650.

[2]   All capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Objection.

01:13693379.213693379.3

1.      The Objection is SUSTAINED to the extent provided for herein.

2.      The Amended Claims identified on Exhibit A to this Order are hereby disallowed and expunged in their entirety.

3.      The No Liability Claims identified on Exhibit B to this Order are hereby disallowed and expunged in their entirety.

4.      The Pension Claims identified on Exhibit C to this Order are hereby disallowed and expunged in their entirety.

5.      The Redundant Claims identified on Exhibit D to this Order are hereby disallowed and expunged in their entirety.

6.      The Satisfied Claims identified on Exhibit E to this Order are hereby disallowed and expunged in their entirety.

7.      The Objection is hereby withdrawn *without* prejudice solely as it pertains to Claim Number 4876.

8.      The Objection is hereby withdrawn *without* prejudice solely as it pertains to Claim Numbers 81, 1813, 3529, 5979, and 6084 (collectively, the "**Withdrawn Claims**"), as the Withdrawn Claims were withdrawn by the applicable claimants subsequent to the filing of the Objection.

9.      The Objection is hereby adjourned to the omnibus hearing in these chapter 11 cases scheduled for August 16, 2013 at 11:00 a.m. (Eastern Time), subject to further adjournment by the Debtors or consensual resolution, solely with respect to the response to the Objection and the corresponding Disputed Claim that is identified in the chart immediately below.

| Respondent | Disputed Claim # | Docket No. |
|---|---|---|
| Ronald Stephen Stvartak | 2021 | Docket No. 4171 |

10. ~~7.~~ The Debtors and the Claims Agent are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

11. ~~8.~~ Any and all rights of the Debtors and their estates to amend, supplement or otherwise modify the Objection and to file additional objections to any and all claims filed in these chapter 11 cases, including, without limitation, any and all of the Disputed Claims and the Remaining Claims, shall be reserved.  Any and all rights, claims and defenses of the Debtors and their estates with respect to any and all of the Disputed Claims and the Remaining Claims shall be reserved, and nothing included in or omitted from the Objection is intended or shall be deemed to impair, prejudice, waive or otherwise affect any rights, claims, or defenses of the Debtors and their estates with respect to the Disputed Claims and the Remaining Claims.

12. ~~9.~~ The requirements set forth in rule 9013-1(b) of the Local Rules for the United States Bankruptcy Court for the Southern District of New York are satisfied.

~~13.~~    ~~10.~~

This Court shall retain jurisdiction to hear and to determine all matters arising

from or related to implementation of this Order.

New York, New York
Date:  [•], 2013

_____
Allan L. Gropper
United States Bankruptcy Judge

**EXHIBIT A**[1]

**Amended Claims**

---

[1]    All capitalized terms used but otherwise not defined on <u>Exhibit A</u> shall have the meanings set forth in the Objection.

**EXHIBIT B**[1]

**No Liability Claims**

---

[1]    All capitalized terms used but otherwise not defined on <u>Exhibit B</u> shall have the meanings set forth in the Objection.

**EXHIBIT C**[1]

**Pension Claims**

---

[1]    All capitalized terms used but otherwise not defined on <u>Exhibit C</u> shall have the meanings set forth in the Objection.

## EXHIBIT D[1]

## Redundant Claims

---

[1]    All capitalized terms used but otherwise not defined on <u>Exhibit D</u> shall have the meanings set forth in the Objection.

**EXHIBIT E**[1]

**Satisfied Claims**

---

[1]    All capitalized terms used but otherwise not defined on <u>Exhibit E</u> shall have the meanings set forth in the Objection.