**Hearing Date: July 17, 2013 at 11:00 a.m. (Eastern Time)**

| | |
|---|---|
| Andrew G. Dietderich | Pauline K. Morgan |
| John J. Jerome | Joseph M. Barry |
| Michael H. Torkin | YOUNG CONAWAY STARGATT & |
| Mark U. Schneiderman | TAYLOR, LLP |
| SULLIVAN & CROMWELL LLP | 1270 Avenue of the Americas |
| 125 Broad Street | Suite 2210 |
| New York, New York 10004 | New York, New York 10020 |
| Telephone:    (212) 558-4000 | Telephone:    (212) 332-8840 |
| Facsimile:    (212) 558-3588 | Facsimile:    (212) 332-8855 |

Counsel to the Debtors and
Debtors in Possession

Counsel to the Debtors and
Debtors in Possession[1]

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| | ) Chapter 11 |
| In re: | ) |
| | ) Case No. 12-10202 (ALG) |
| EASTMAN KODAK COMPANY, *et al.*,[2] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Ref. Docket No. 4046** |

**NOTICE OF FILING OF REVISED PROPOSED ORDER FOR**
**DEBTORS' TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS**

**PLEASE TAKE NOTICE** that on June 17, 2013, Eastman Kodak Company, *et*

*al.* (collectively, the "**Debtors**"), filed the Debtors' Twenty-Seventh Omnibus Objection to

Claims [Docket No. 4046] (the "**Objection**").[3]  Attached as Exhibit 1 to the Objection was a

proposed form of order (the "**Proposed Order**") sustaining the Objection.  Any responses to the

---

[1]    All parties in interest with inquiries regarding the Objection should direct such inquiries to Young Conaway
Stargatt & Taylor, LLP.

[2]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are:  Eastman Kodak Company (7150); Creo Manufacturing America LLC (4412); Eastman Kodak
International Capital Company, Inc. (2341); Far East Development Ltd. (2300); FPC Inc. (9183); Kodak (Near
East), Inc. (7936); Kodak Americas, Ltd. (6256); Kodak Aviation Leasing LLC (5224); Kodak Imaging
Network, Inc. (4107); Kodak Philippines, Ltd. (7862); Kodak Portuguesa Limited (9171); Kodak Realty, Inc.
(2045); Laser-Pacific Media Corporation (4617); NPEC Inc. (5677); Pakon, Inc. (3462); and Qualex Inc.
(6019).  The location of the Debtors' corporate headquarters is:  343 State Street, Rochester, NY 14650.

[3]    Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Objection.

01:13888072.1

Objection and the relief provided for in the Proposed Order were required to be filed with the

Court, and at the same time served on the undersigned counsel for the Debtors, on or before 4:00

p.m. (Eastern Time) on July 10, 2013 (the "**Response Deadline**").

           **PLEASE TAKE FURTHER NOTICE** that on or before the Response Deadline,

the following parties (each, a "**Respondent**," and together, the "**Respondents**") filed a response

to the Objection (together, the "**Responses**"):

| Respondent | Disputed Claim # | Formal [Docket No.] or Informal Response |
|---|---|---|
| PAC Worldwide Corporation | 5011 | Docket No. 4252 |
| ZGraphics, Ltd. | 1421 | Docket No. 4255 |

           **PLEASE TAKE FURTHER NOTICE** that the Responses will be adjourned to

the omnibus hearing in these chapter 11 cases scheduled for August 16, 2013 at 11:00 a.m.

(Eastern Time), subject to further adjournment by the Debtors or consensual resolution, and the

Respondents have been advised of the same.

           **PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit 1 is a

revised Proposed Order (the "**Revised Proposed Order**"), together with revised exhibits thereto.

The Debtors intend to present the Revised Proposed Order to the Honorable Allan L. Gropper,

Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York,

at One Bowling Green, New York, New York 10004, for signature at the omnibus hearing in

these chapter 11 cases scheduled for **July 17, 2013 at 11:00 a.m. (Eastern Time)** (the "**July

Hearing**").

           **PLEASE TAKE FURTHER NOTICE** that for ease of reference, attached

hereto as Exhibit 2 is a copy of the Revised Proposed Order marked against the Proposed Order

(the "**Blackline**").  The Blackline does not include a marked copy of the exhibits to the Revised

Proposed Order, but the only revisions thereto have been to remove the Disputed Claims that are

2

the subject of the Responses.  The Revised Proposed Order does not seek any relief with respect

to, and the July Hearing is not intended to be a hearing on, the Responses.

Dated:   July 15, 2013                      /s/ Pauline K. Morgan
         New York, New York                 Pauline K. Morgan
                                            Joseph M. Barry
                                            YOUNG CONAWAY STARGATT & TAYLOR,
                                            LLP
                                            1270 Avenue of the Americas
                                            Suite 2210
                                            New York, New York 10020
                                            Telephone:    (212) 332-8840
                                            Facsimile:    (212) 332-8855

                                            - and -

                                            Andrew G. Dietderich
                                            John J. Jerome
                                            Michael H. Torkin
                                            Mark U. Schneiderman
                                            SULLIVAN & CROMWELL LLP
                                            125 Broad Street
                                            New York, New York 10004
                                            Telephone:    (212) 558-4000
                                            Facsimile:    (212) 558-3588

                                            Counsel to the Debtors and
                                            Debtors in Possession

**EXHIBIT 1**

**Revised Proposed Order**

01:13888072.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| EASTMAN KODAK COMPANY, *et al.*,[1] | Case No. 12-10202 (ALG) |
| Debtors. | (Jointly Administered) |

## ORDER SUSTAINING, IN PART, DEBTORS'
## TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS

Upon the Debtors' Twenty-Seventh Omnibus Objection to Claims (the "**Objection**")[2] filed by Eastman Kodak Company, on behalf of itself and its affiliated debtors and debtors in possession in these chapter 11 cases (collectively, the "**Debtors**"); and it appearing that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these chapter 11 cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and it appearing that proper and adequate notice of the Objection has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Eastman Kodak Company (7150); Creo Manufacturing America LLC (4412); Eastman Kodak International Capital Company, Inc. (2341); Far East Development Ltd. (2300); FPC Inc. (9183); Kodak (Near East), Inc. (7936); Kodak Americas, Ltd. (6256); Kodak Aviation Leasing LLC (5224); Kodak Imaging Network, Inc. (4107); Kodak Philippines, Ltd. (7862); Kodak Portuguesa Limited (9171); Kodak Realty, Inc. (2045); Laser-Pacific Media Corporation (4617); NPEC Inc. (5677); Pakon, Inc. (3462); and Qualex Inc. (6019).  The location of the Debtors' corporate headquarters is:  343 State Street, Rochester, NY 14650.

[2]     All capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Objection.

1.      The Objection is SUSTAINED to the extent provided for herein.

2.      The Incorrect Debtor Claims identified on Exhibit A to this Order are hereby reassigned to the Debtors indicated in the row titled "*Debtors' Proposed Claim*" on Exhibit A to this Order.

3.      The Modified Amount Claims identified on Exhibit B to this Order are hereby modified to the amounts indicated in the row titled "*Debtors' Proposed Claim*" on Exhibit B to this Order.

4.      The Incorrect Debtor, Modified Amount Claims identified on Exhibit C to this Order are hereby reassigned to the Debtors and modified to the amounts indicated in the row titled "*Debtors' Proposed Claim*" on Exhibit C to this Order.

5.      The Incorrect Debtor, Reclassified Claims identified on Exhibit D to this Order are hereby reassigned to the Debtors and reclassified to the priority levels indicated in the row titled "*Debtors' Proposed Claim*" on Exhibit D to this Order.

6.      The Objection is hereby adjourned to the omnibus hearing in these chapter 11 cases scheduled for August 16, 2013 at 11:00 a.m. (Eastern Time), subject to further adjournment by the Debtors or consensual resolution, solely with respect to the responses to the Objection and the corresponding Disputed Claims that are identified in the chart immediately below.

| Respondent | Disputed Claim # | Docket No. |
|---|---|---|
| PAC Worldwide Corporation | 5011 | Docket No. 4252 |
| ZGraphics, Ltd. | 1421 | Docket No. 4255 |

7.      The Debtors and the Claims Agent are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

8.      Any and all rights of the Debtors and their estates to amend, supplement or

otherwise modify the Objection and to file additional objections to any and all claims filed in these chapter 11 cases, including, without limitation, any and all of the Disputed Claims, shall be reserved.  Any and all rights, claims and defenses of the Debtors and their estates with respect to any and all of the Disputed Claims shall be reserved, and nothing included in or omitted from the Objection is intended or shall be deemed to impair, prejudice, waive or otherwise affect any rights, claims, or defenses of the Debtors and their estates with respect to the Disputed Claims.

9.     The requirements set forth in rule 9013-1(b) of the Local Rules for the United States Bankruptcy Court for the Southern District of New York are satisfied.

10.     This Court shall retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order.

New York, New York
Date:  [•], 2013

_____
Allan L. Gropper
United States Bankruptcy Judge

3

## EXHIBIT A[1]

## Incorrect Debtor Claims

---

[1]    All capitalized terms used but otherwise not defined on <u>Exhibit A</u> shall have the meanings set forth in the Objection.

# Exhibit A
## Incorrect Debtor Claims

| | Claim # | Transferred | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | Unliquidated |
|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Proof of Claim** | 1370 | ☐ | Eastman Kodak Company | ATLAS COPCO COMPRESSORS LLC PAUL NGUYEN 48434 MILMONT DR. FREMONT, CA 94538 | $0.00 | $0.00 | $0.00 | $13,181.47 | $13,181.47 | ☐ |
| **Date Filed:** 4/25/2012 | | | | | | | | | | |
| **Debtors' Proposed Claim** | | | Kodak Imaging Network, Inc. | | $0.00 | $0.00 | $0.00 | $13,181.47 | $13,181.47 | |
| **Filed Proof of Claim Totals** | | | | **Count: 1** | **$0.00** | **$0.00** | **$0.00** | **$13,181.47** | **$13,181.47** | |
| **Debtors' Proposed Claim Totals** | | | | | **$0.00** | **$0.00** | **$0.00** | **$13,181.47** | **$13,181.47** | |

12-10202-mew   Doc 4287   Filed 07/15/13   Entered 07/15/13 14:36:06   Main Docu

## EXHIBIT B[1]

## Modified Amount Claims

---

[1]    All capitalized terms used but otherwise not defined on Exhibit B shall have the meanings set forth in the Objection.

# Exhibit B
## Modified Amount Claims

| | Claim # | Transferred | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | Unliquidated |
|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Proof of Claim** | 5374 | ☐ | Eastman Kodak Company | ARVATO DIGITAL SERVICES LLC 108 MONTICELLO RD WEAVERVILLE, NC 28787-8931 | $0.00 | $0.00 | $0.00 | $1,170,634.96 | $1,170,634.96 | ☐ |
| **Date Filed:** 7/17/2012 | | | | | | | | | | |
| **Debtors' Proposed Claim** | | | Eastman Kodak Company | | $0.00 | $0.00 | $0.00 | $1,152,263.44 | $1,152,263.44 | |
| **Filed Proof of Claim** | 4630 | ☐ | Eastman Kodak Company | BETA INDUSTRIES INC 2860 CULVER AVE DAYTON, OH 45429 | $0.00 | $0.00 | $0.00 | $24,822.88 | $24,822.88 | ☐ |
| **Date Filed:** 7/13/2012 | | | | | | | | | | |
| **Debtors' Proposed Claim** | | | Eastman Kodak Company | | $0.00 | $0.00 | $0.00 | $8,154.79 | $8,154.79 | |
| **Filed Proof of Claim** | 5920 | ☐ | Eastman Kodak Company | CREATIVE CHANNEL SERVICES, LLC 6080 CENTER DR. # 500 LOS ANGELES, CA 90045 | $0.00 | $0.00 | $0.00 | $117,000.00 | $117,000.00 | ☐ |
| **Date Filed:** 8/16/2012 | | | | | | | | | | |
| **Debtors' Proposed Claim** | | | Eastman Kodak Company | | $0.00 | $0.00 | $0.00 | $78,000.00 | $78,000.00 | |
| **Filed Proof of Claim** | 3069 | ☐ | Eastman Kodak Company | ENVIRONMENTAL PROFILES INC 8805 COLUMBIA 100 PKWY, STE 100 COLUMBIA, MD 21045 | $0.00 | $0.00 | $0.00 | $10,861.87 | $10,861.87 | ☐ |
| **Date Filed:** 6/22/2012 | | | | | | | | | | |
| **Debtors' Proposed Claim** | | | Eastman Kodak Company | | $0.00 | $0.00 | $0.00 | $450.00 | $450.00 | |
| **Filed Proof of Claim** | 251 | ☐ | Eastman Kodak Company | INFOTONICS TECHNOLOGY CENTER INC DBA STC 5450 CAMPUS DRIVE CANANDAIGUA, NY 14424 | $0.00 | $0.00 | $0.00 | $306,755.00 | $306,755.00 | ☐ |
| **Date Filed:** 2/7/2012 | | | | | | | | | | |
| **Debtors' Proposed Claim** | | | Eastman Kodak Company | | $0.00 | $0.00 | $0.00 | $286,275.00 | $286,275.00 | |
| **Filed Proof of Claim** | 4840 | ☐ | Eastman Kodak Company | KANEMATSU USA, INC. C/O JOEL A. SILVERMAN, ESQ., GENERAL COUNSEL 75 ROCKEFELLER PLAZA, 22ND FLOOR NEW YORK, NY 10019 | $0.00 | $0.00 | $0.00 | $521,012.92 | $521,012.92 | ☐ |
| **Date Filed:** 7/16/2012 | | | | | | | | | | |
| **Debtors' Proposed Claim** | | | Eastman Kodak Company | | $0.00 | $0.00 | $0.00 | $328,750.78 | $328,750.78 | |
| **Filed Proof of Claim** | 1196 | ☐ | Eastman Kodak Company | MASON DIXON INTERMODAL INC. ATTN REBECCA JOHNSON 12755 E. NINE MILE RD WARREN, MI 48089 | $0.00 | $0.00 | $0.00 | $20,789.00 | $20,789.00 | ☐ |
| **Date Filed:** 4/16/2012 | | | | | | | | | | |
| **Debtors' Proposed Claim** | | | Eastman Kodak Company | | $0.00 | $0.00 | $0.00 | $14,460.00 | $14,460.00 | |

12-10202-alg Doc 4297 Filed 07/15/13 Entered 07/15/13 14:38:06 Main Docu

# Exhibit B
## Modified Amount Claims

| | Claim # | Transferred | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | Unliquidated |
|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Proof of Claim** | 2205 | ☐ | Eastman Kodak Company | NATIONAL INSTRUMENTS 11500 N MOPAC EXPRESSWAY AUSTIN, TX 78759-3504 | $0.00 | $0.00 | $0.00 | $14,691.53 | $14,691.53 | ☐ |
| **Date Filed:** 6/4/2012 | | | | | | | | | | |
| **Debtors' Proposed Claim** | | | Eastman Kodak Company | | $0.00 | $0.00 | $0.00 | $2,169.00 | $2,169.00 | |
| **Filed Proof of Claim** | 3542 | ☐ | Eastman Kodak Company | PALL TRINCOR 770 PENNSYLVANIA DR SUITE 100 EXTON, PA 19341 | $0.00 | $0.00 | $0.00 | $373,546.63 | $373,546.63 | ☐ |
| **Date Filed:** 7/3/2012 | | | | | | | | | | |
| **Debtors' Proposed Claim** | | | Eastman Kodak Company | | $0.00 | $0.00 | $0.00 | $351,356.61 | $351,356.61 | |
| **Filed Proof of Claim** | 733 | ☐ | Eastman Kodak Company | PETER J. ROMANO ASSOCIATES, INC. PICK & ZABICKI LLP 369 LEXINGTON AVENUE, 12TH FLOOR NEW YORK, NY 10017 | $0.00 | $0.00 | $0.00 | $350,037.16 | $350,037.16 | ☐ |
| **Date Filed:** 3/8/2012 | | | | | | | | | | |
| **Debtors' Proposed Claim** | | | Eastman Kodak Company | | $0.00 | $0.00 | $0.00 | $318,238.80 | $318,238.80 | |
| **Filed Proof of Claim** | 225 | ☐ | Eastman Kodak Company | RIECK SERVICES ATTN MIKE STEMEN, CFO P.O. BOX 13565 DAYTON, OH 45413-0565 | $0.00 | $0.00 | $0.00 | $64,019.17 | $64,019.17 | ☐ |
| **Date Filed:** 2/7/2012 | | | | | | | | | | |
| **Debtors' Proposed Claim** | | | Eastman Kodak Company | | $0.00 | $0.00 | $0.00 | $57,696.73 | $57,696.73 | |
| **Filed Proof of Claim** | 1687 | ☐ | Eastman Kodak Company | ROADRUNNER TRANSPORTATION SERVICES 4900 S. PENNSYLVANIA AVE. CUDAHY, WI 53110 | $0.00 | $0.00 | $0.00 | $8,545.97 | $8,545.97 | ☐ |
| **Date Filed:** 5/7/2012 | | | | | | | | | | |
| **Debtors' Proposed Claim** | | | Eastman Kodak Company | | $0.00 | $0.00 | $0.00 | $4,532.31 | $4,532.31 | |
| **Filed Proof of Claim** | 1664 | ☐ | Eastman Kodak Company | STRAIN MEASUREMENT DEVICES INC 55 BARNES PARK ROAD NORTH WALLINGFORD, CT 06492 | $0.00 | $0.00 | $0.00 | $36,317.13 | $36,317.13 | ☐ |
| **Date Filed:** 5/3/2012 | | | | | | | | | | |
| **Debtors' Proposed Claim** | | | Eastman Kodak Company | | $0.00 | $0.00 | $0.00 | $20,118.56 | $20,118.56 | |
| **Filed Proof of Claim** | 423 | ☐ | Eastman Kodak Company | SUMMIT INDUSTRIES INC ATTN LINDA DYER 4545 GATEWAY CIRCLE DAYTON, OH 45440 | $0.00 | $0.00 | $0.00 | $13,475.50 | $13,475.50 | ☐ |
| **Date Filed:** 2/20/2012 | | | | | | | | | | |
| **Debtors' Proposed Claim** | | | Eastman Kodak Company | | $0.00 | $0.00 | $0.00 | $142.50 | $142.50 | |

12-10202-mew Doc 4298 Filed 07/15/13 Entered 07/15/13 14:36:06 Main Document Pg 12 of 25

# Exhibit B

## Modified Amount Claims

| | Claim # | Transferred | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | Unliquidated |
|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Proof of Claim** | **800** | ☐ | Eastman Kodak Company | TA INSTRUMENTS - WATERS LLC<br>159 LUKENS DRIVE<br>NEW CASTLE, DE 19720 | $0.00 | $0.00 | $0.00 | $10,226.60 | $10,226.60 | ☐ |
| **Date Filed:** 3/12/2012 | | | | | | | | | | |
| **Debtors' Proposed Claim** | | | Eastman Kodak Company | | $0.00 | $0.00 | $0.00 | $1,715.00 | $1,715.00 | |
| **Filed Proof of Claim** | **1653** | ☐ | Eastman Kodak Company | TELUS COMMUNICATIONS COMPANY<br>ATTN INSOLVENCY GROUP<br>P.O. BOX 2009 STN T<br>VANCOUVER, BC V6B 5H5 | $0.00 | $0.00 | $0.00 | $153,810.80 | $153,810.80 | ☐ |
| **Date Filed:** 5/1/2012 | | | | | | | | | | |
| **Debtors' Proposed Claim** | | | Eastman Kodak Company | | $0.00 | $0.00 | $0.00 | $111,496.13 | $111,496.13 | |
| **Filed Proof of Claim** | **3061** | ☐ | Eastman Kodak Company | TRANSPORTES AZTECA INTL INC<br>P.O. BOX 1997<br>BUFFALO, NY 14219-1508 | $0.00 | $0.00 | $0.00 | $21,737.79 | $21,737.79 | ☐ |
| **Date Filed:** 6/22/2012 | | | | | | | | | | |
| **Debtors' Proposed Claim** | | | Eastman Kodak Company | | $0.00 | $0.00 | $0.00 | $15,945.79 | $15,945.79 | |
| **Filed Proof of Claim Totals** | | | **Count: 17** | | **$0.00** | **$0.00** | **$0.00** | **$3,218,284.91** | **$3,218,284.91** | |
| **Debtors' Proposed Claim Totals** | | | | | **$0.00** | **$0.00** | **$0.00** | **$2,751,765.44** | **$2,751,765.44** | |

12-10202-alg Doc 4283 Filed 07/15/13 Entered 07/15/13 14:36:06 Main Docu... Pg 13 of 25

**EXHIBIT C**[1]

**Incorrect Debtor, Modified Amount Claims**

---

[1]    All capitalized terms used but otherwise not defined on Exhibit C shall have the meanings set forth in the Objection.

# Exhibit C

## Incorrect Debtor, Modified Amount Claims

| | Claim # | Transferred | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | Unliquidated |
|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Proof of Claim** | 1657 | ☐ | Eastman Kodak International Capital Company, Inc. | MONTGOMERY COUNTY WATER SERVICES 1850 SPAULDING ROAD DAYTON, OH 45432 | $0.00 | $0.00 | $0.00 | $65,136.46 | $65,136.46 | ☐ |
| **Date Filed:** 5/2/2012 | | | | | | | | | | |
| **Debtors' Proposed Claim** | | | Eastman Kodak Company | | $0.00 | $0.00 | $0.00 | $44,015.65 | $44,015.65 | |
| **Filed Proof of Claim Totals** | | | Count: 1 | | $0.00 | $0.00 | $0.00 | $65,136.46 | $65,136.46 | |
| **Debtors' Proposed Claim Totals** | | | | | $0.00 | $0.00 | $0.00 | $44,015.65 | $44,015.65 | |

12-10202-mew    Doc 4287    Filed 07/15/13    Entered 07/15/13 14:36:06    Main Docu
Pg 15 of 25

# EXHIBIT D[1]

## Incorrect Debtor, Reclassified Claims

---

[1]    All capitalized terms used but otherwise not defined on Exhibit D shall have the meanings set forth in the Objection.

01:13693407.3

# Exhibit D

## Incorrect Debtor, Reclassified Claims

| | Claim # | Transferred | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | Unliquidated |
|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Proof of Claim** | 1532 | ☐ | Eastman Kodak Company | NEIL CANNON ADDRESS REDACTED | $0.00 | $0.00 | $11,725.00 | $27,035.00 | $38,760.00 | ☐ |
| **Date Filed:** 4/30/2012 | | | | | | | | | | |
| **Debtors' Proposed Claim** | | | Kodak Imaging Network, Inc. | | $0.00 | $0.00 | $0.00 | $38,760.00 | $38,760.00 | |
| **Filed Proof of Claim Totals** | | | | **Count: 1** | **$0.00** | **$0.00** | **$11,725.00** | **$27,035.00** | **$38,760.00** | |
| **Debtors' Proposed Claim Totals** | | | | | **$0.00** | **$0.00** | **$0.00** | **$38,760.00** | **$38,760.00** | |

**EXHIBIT 2**

**Blackline**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | ) | Chapter 11 |
| In re: | ) | |
| EASTMAN KODAK COMPANY, *et al.*,[1] | ) | Case No. 12-10202 (ALG) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| | ) | |

### ORDER SUSTAINING, IN PART, DEBTORS'
### TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS

Upon the Debtors' Twenty-Seventh Omnibus Objection to Claims (the

"**Objection**")[2] filed by Eastman Kodak Company, on behalf of itself and its affiliated debtors and

debtors in possession in these chapter 11 cases (collectively, the "**Debtors**"); and it appearing that

this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334; and it

appearing that venue of these chapter 11 cases and the Objection in this district is proper pursuant

to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28

U.S.C. § 157(b); and this Court having determined that the relief requested in the Objection is in

the best interests of the Debtors, their estates, their creditors and other parties in interest; and it

appearing that proper and adequate notice of the Objection has been given and that no other or

further notice is necessary; and after due deliberation thereon; and good and sufficient cause

appearing therefor;

IT IS HEREBY ORDERED THAT:

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Eastman Kodak Company (7150); Creo Manufacturing America LLC (4412); Eastman Kodak International Capital Company, Inc. (2341); Far East Development Ltd. (2300); FPC Inc. (9183); Kodak (Near East), Inc. (7936); Kodak Americas, Ltd. (6256); Kodak Aviation Leasing LLC (5224); Kodak Imaging Network, Inc. (4107); Kodak Philippines, Ltd. (7862); Kodak Portuguesa Limited (9171); Kodak Realty, Inc. (2045); Laser-Pacific Media Corporation (4617); NPEC Inc. (5677); Pakon, Inc. (3462); and Qualex Inc. (6019).  The location of the Debtors' corporate headquarters is:  343 State Street, Rochester, NY 14650.

[2]  All capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Objection.

01:13693407.213693407.3

1.      The Objection is SUSTAINED to the extent provided for herein.

2.      The Incorrect Debtor Claims identified on Exhibit A to this Order are hereby reassigned to the Debtors indicated in the row titled "*Debtors' Proposed Claim*" on Exhibit A to this Order.

3.      The Modified Amount Claims identified on Exhibit B to this Order are hereby modified to the amounts indicated in the row titled "*Debtors' Proposed Claim*" on Exhibit B to this Order.

4.      The Incorrect Debtor, Modified Amount Claims identified on Exhibit C to this Order are hereby reassigned to the Debtors and modified to the amounts indicated in the row titled "*Debtors' Proposed Claim*" on Exhibit C to this Order.

5.      The Incorrect Debtor, Reclassified Claims identified on Exhibit D to this Order are hereby reassigned to the Debtors and reclassified to the priority levels indicated in the row titled "*Debtors' Proposed Claim*" on Exhibit D to this Order.

6.      The Objection is hereby adjourned to the omnibus hearing in these chapter 11 cases scheduled for August 16, 2013 at 11:00 a.m. (Eastern Time), subject to further adjournment by the Debtors or consensual resolution, solely with respect to the responses to the Objection and the corresponding Disputed Claims that are identified in the chart immediately below.

| Respondent | Disputed Claim # | Docket No. |
| --- | --- | --- |
| PAC Worldwide Corporation | 5011 | Docket No. 4252 |
| ZGraphics, Ltd. | 1421 | Docket No. 4255 |

7.      ~~6.~~ The Debtors and the Claims Agent are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

8.      ~~7.~~ Any and all rights of the Debtors and their estates to amend, supplement

or otherwise modify the Objection and to file additional objections to any and all claims filed in

these chapter 11 cases, including, without limitation, any and all of the Disputed Claims, shall be

reserved.  Any and all rights, claims and defenses of the Debtors and their estates with respect to

any and all of the Disputed Claims shall be reserved, and nothing included in or omitted from the

Objection is intended or shall be deemed to impair, prejudice, waive or otherwise affect any rights,

claims, or defenses of the Debtors and their estates with respect to the Disputed Claims.

9.    8. The requirements set forth in rule 9013-1(b) of the Local Rules for the

United States Bankruptcy Court for the Southern District of New York are satisfied.

10.    9. This Court shall retain jurisdiction to hear and to determine all matters

arising from or related to implementation of this Order.

New York, New York
Date:  [•], 2013

_____
Allan L. Gropper
United States Bankruptcy Judge

3

## EXHIBIT A[1]

## Incorrect Debtor Claims

---

[1]    All capitalized terms used but otherwise not defined on <u>Exhibit A</u> shall have the meanings set forth in the Objection.

# EXHIBIT B[1]

## Modified Amount Claims

---

[1]    All capitalized terms used but otherwise not defined on Exhibit B shall have the meanings set forth in the Objection.

# EXHIBIT C[1]

## Incorrect Debtor, Modified Amount Claims

---

[1]    All capitalized terms used but otherwise not defined on Exhibit C shall have the meanings set forth in the Objection.

01:13693407.213693407.3

# EXHIBIT D[1]

## Incorrect Debtor, Reclassified Claims

---

[1]    All capitalized terms used but otherwise not defined on Exhibit D shall have the meanings set forth in the Objection.

01:13693407.213693407.3