Andrew G. Dietderich
Michael H. Torkin
David R. Zylberberg
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588

Counsel to the Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| EASTMAN KODAK COMPANY, *et al.*,[1] | ) | Case No. 12-10202 (ALG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF FILING OF PLAN SUPPLEMENT FOR THE**
**FIRST AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF**
**EASTMAN KODAK COMPANY AND ITS DEBTOR AFFILIATES**

**PLEASE TAKE NOTICE** that on the date hereof, Eastman Kodak Company, *et al.*

(collectively, the "**Debtors**"), filed the Plan Supplement (as may be further amended,

supplemented or modified from time to time, the "**Plan Supplement**") in support of the *First*

*Amended Joint Chapter 11 Plan of Reorganization of Eastman Kodak Company and its Debtor*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Eastman Kodak Company (7150); Creo Manufacturing America LLC (4412); Eastman Kodak International Capital Company, Inc. (2341); Far East Development Ltd. (2300); FPC Inc. (9183); Kodak (Near East), Inc. (7936); Kodak Americas, Ltd. (6256); Kodak Aviation Leasing LLC (5224); Kodak Imaging Network, Inc. (4107); Kodak Philippines, Ltd. (7862); Kodak Portuguesa Limited (9171); Kodak Realty, Inc. (2045); Laser-Pacific Media Corporation (4617); NPEC Inc. (5677); Pakon, Inc. (3462); and Qualex Inc. (6019).  The location of the Debtors' corporate headquarters is 343 State Street, Rochester, NY 14650.

*Affiliates* (including the Plan Supplement and all other exhibits and schedules thereto, in each

case, as may be further amended, modified or supplemented from time to time, the "**Plan**").[2]

**PLEASE TAKE FURTHER NOTICE** that the Plan Supplement includes the following

exhibits, as each may be amended, modified or supplemented from time to time:

Exhibit A: Proposed Assumed Executory Contracts and Unexpired Leases[3]

Exhibit B: Certificates of Incorporation and Bylaws (or other Organizational Documents) of the Reorganized Debtors

Exhibit C: Identity of Directors and Officers of the Reorganized Debtors

Exhibit D: New Equity Plan

Exhibit E: New Management Agreements

Exhibit E-1 Antonio Perez Management Agreement

Exhibit E-2 Form Management Agreement

Exhibit F: New Non-Qualified Employee Compensation Plan

Exhibit G: Rejected or Terminated Compensation and Benefits Programs

Exhibit H: Form of Registration Rights Agreement

Exhibit I: Form of Warrant Agreement

Exhibit J: Form of Kodak GUC Trust Agreement

Exhibit K: Identity of Members of Kodak GUC Trust Advisory Board

Exhibit L: Kodak GUC Trust Avoidance Actions[4]

---

[2] Capitalized terms used but not defined herein have the meanings assigned to them in the Plan.

[3] The Debtors reserve the right to remove any contract from Exhibit A prior to the Effective Date. Written notice of such removal will be provided to the contract counterparty. Any removed contract will be deemed rejected under the Plan. Certain contracts listed on Exhibit A are "Shared Contracts" in connection with the KPP Global Settlement. Counterparties to such contracts have received separate notice with respect to the Debtors' proposed assumption and partial assignment of such contracts. The Debtors and KPP continue to work with these counterparties regarding any issues regarding the proposed assumption and partial assignment.

Exhibit M:    Assumed Contractual Indemnification Obligations

Exhibit N:    Term Sheet for Emergence Term Loan Credit Agreement

Exhibit O:    Term Sheet for Emergence ABL Credit Agreement

**PLEASE TAKE FURTHER NOTICE** that the Plan Supplement is integral to, part of and incorporated by reference into the Plan.  The documents included in the Plan Supplement have not yet been approved by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that on **August 20, 2013 at 11:00 a.m. (Eastern Time)**, a hearing will be held before the Honorable Allan L. Gropper in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), at One Bowling Green, New York, New York 10004, at which the Bankruptcy Court will consider confirmation of the Plan (the "**Confirmation Hearing**").  The Confirmation Hearing may be adjourned or rescheduled without further notice by an announcement of the adjourned date at the Confirmation Hearing or by the filing of a hearing agenda.

**PLEASE TAKE FURTHER NOTICE** that the deadline for objections to confirmation of the Plan is **August 9, 2013 at 4:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights to amend, modify or supplement the Plan Supplement, and any of the exhibits included therein, in accordance with the terms of the Plan. To the extent material amendments or modifications are made to any of these exhibits, the Debtors will file amended versions of such exhibits with the Bankruptcy Court prior to the Confirmation Hearing.

---

[4]    The list in Exhibit L will be amended prior to the Confirmation Hearing to include such additional Avoidance Actions as the Debtors and the Creditors' Committee agree. The amended list will be included in an amended Plan Supplement, which the Debtors expect to file prior to the Confirmation Hearing

-3-

SC1:3467370.3

**PLEASE TAKE FURTHER NOTICE THAT** the copies of the documents included in

the Plan Supplement may be obtained from the Court's website, https://ecf.nysb.uscourts.gov/

for a nominal fee or, free of charge, the website of the claims and noticing agent,

http://www.kccllc.net/kodak.

Dated:   July 30, 2013        /s/ Andrew G. Dietderich
         New York, New York   Andrew G. Dietderich
                              Michael H. Torkin
                              David R. Zylberberg
                              SULLIVAN & CROMWELL LLP
                              125 Broad Street
                              New York, New York  10004
                              Telephone:   (212) 558-4000
                              Facsimile:   (212) 558-3588

                              - and -

                              Pauline K. Morgan
                              Joseph M. Barry
                              YOUNG CONAWAY STARGATT &
                              TAYLOR, LLP
                              1270 Avenue of the Americas
                              Suite 2210
                              New York, New York  10020
                              Telephone:   (212) 332-8840
                              Facsimile:   (212) 332-8855

                              Counsel to the Debtors and Debtors in
                              Possession

-4-

Andrew G. Dietderich
Michael H. Torkin
David R. Zylberberg
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:     (212) 558-4000
Facsimile:     (212) 558-3588

Counsel to the Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTMAN KODAK COMPANY, *et al.*,[1] | ) | Case No. 12-10202 (ALG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**PLAN SUPPLEMENT FOR THE FIRST AMENDED**
**JOINT CHAPTER 11 PLAN OF REORGANIZATION OF**
**EASTMAN KODAK COMPANY AND ITS DEBTOR AFFILIATES**

Dated:  July 30, 2013

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Eastman Kodak Company (7150); Creo Manufacturing America LLC (4412); Eastman Kodak International Capital Company, Inc. (2341); Far East Development Ltd. (2300); FPC Inc. (9183); Kodak (Near East), Inc. (7936); Kodak Americas, Ltd. (6256); Kodak Aviation Leasing LLC (5224); Kodak Imaging Network, Inc. (4107); Kodak Philippines, Ltd. (7862); Kodak Portuguesa Limited (9171); Kodak Realty, Inc. (2045); Laser-Pacific Media Corporation (4617); NPEC Inc. (5677); Pakon, Inc. (3462); and Qualex Inc. (6019).  The location of the Debtors' corporate headquarters is 343 State Street, Rochester, NY 14650.

SC1:3467370.3

Eastman Kodak Company and its debtor affiliates, as debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), submit this Plan Supplement (as may be further amended, supplemented or modified from time to time, the "**Plan Supplement**") in support of the *First Amended Joint Chapter 11 Plan of Reorganization of Eastman Kodak Company and its Debtor Affiliates* (including the Plan Supplement and all other exhibits and schedules thereto, in each case, as may be further amended, modified or supplemented from time to time, the "**Plan**").[2] The exhibits included in the Plan Supplement are integral to, part of and incorporated by reference into the Plan. These exhibits have not yet been approved by the Bankruptcy Court. If the Plan is approved, the exhibits contained in the Plan Supplement will be approved by the Bankruptcy Court pursuant to the Confirmation Order.

The Plan Supplement includes the following exhibits:

Exhibit A:       Proposed Assumed Executory Contracts and Unexpired Leases[3]

Exhibit B:       Certificates of Incorporation and Bylaws (or other Organizational Documents) of the Reorganized Debtors

Exhibit C:       Identity of Directors and Officers of the Reorganized Debtors

Exhibit D:       New Equity Plan

Exhibit E:       New Management Agreements

     Exhibit E-1     Antonio Perez Management Agreement

     Exhibit E-2     Form Management Agreement

Exhibit F:       New Non-Qualified Employee Compensation Plan

Exhibit G:       Rejected or Terminated Compensation and Benefits Programs

Exhibit H:       Form of Registration Rights Agreement

Exhibit I:       Form of Warrant Agreement

Exhibit J:       Form of Kodak GUC Trust Agreement

---

[2]    Capitalized terms used but not defined herein have the meanings assigned to them in the Plan.

[3]    The Debtors reserve the right to remove any contract from Exhibit A prior to the Effective Date. Written notice of such removal will be provided to the contract counterparty. Any removed contract will be deemed rejected under the Plan. Certain contracts listed on Exhibit A are "Shared Contracts" in connection with the KPP Global Settlement. Counterparties to such contracts have received separate notice with respect to the Debtors' proposed assumption and partial assignment of such contracts. The Debtors and KPP continue to work with these counterparties regarding any issues regarding the proposed assumption and partial assignment.

-2-

Exhibit K:       Identity of Members of Kodak GUC Trust Advisory Board

Exhibit L:       Kodak GUC Trust Avoidance Actions[4]

Exhibit M:       Assumed Contractual Indemnification Obligations

Exhibit N:       Term Sheet for Emergence Term Loan Credit Agreement

Exhibit O:       Term Sheet for Emergence ABL Credit Agreement

---

The Debtors reserve all rights to amend, modify or supplement the Plan Supplement, and any of the exhibits included therein, in accordance with the terms of the Plan.  To the extent material amendments or modifications are made to any of these documents, the Debtors will file amended versions of such documents with the Bankruptcy Court prior to the Confirmation Hearing.

---

[4]   The list in Exhibit L will be amended prior to the Confirmation Hearing to include such additional Avoidance Actions as the Debtors and the Creditors' Committee agree.  The amended list will be included in an amended Plan Supplement, which the Debtors expect to file prior to the Confirmation Hearing

-3-

SC1:3467370.3