Andrew G. Dietderich
Brian D. Glueckstein
Michael H. Torkin
John J. Jerome
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588

Counsel to the Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EASTMAN KODAK COMPANY, *et al.*,[1] | ) ) ) | Case No. 12-10202 (ALG) |
| Debtors. | ) ) | (Jointly Administered) |

**NOTICE OF ENTRY OF CONFIRMATION ORDER [AND OCCURRENCE OF EFFECTIVE DATE][2] CONFIRMING THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF EASTMAN KODAK COMPANY AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on [●], 2013, the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") entered the *Findings of Fact, Conclusions of Law and Order Confirming the First Amended Joint Chapter 11 Plan of Reorganization of Eastman Kodak Company and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. [●]] (the "**Confirmation Order**") confirming the *First*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Eastman Kodak Company (7150); Creo Manufacturing America LLC (4412); Eastman Kodak International Capital Company, Inc. (2341); Far East Development Ltd. (2300); FPC Inc. (9183); Kodak (Near East), Inc. (7936); Kodak Americas, Ltd. (6256); Kodak Aviation Leasing LLC (5224); Kodak Imaging Network, Inc. (4107); Kodak Philippines, Ltd. (7862); Kodak Portuguesa Limited (9171); Kodak Realty, Inc. (2045); Laser-Pacific Media Corporation (4617); NPEC Inc. (5677); Pakon, Inc. (3462); and Qualex Inc. (6019). The location of the Debtors' corporate headquarters is: 343 State Street, Rochester, NY 14650.

[2] **[The Debtors may elect to provide separate notice of the occurrence of the Effective Date]**

*Amended Joint Chapter 11 Plan of Reorganization of Eastman Kodak Company and its Debtor Affiliates* [Docket No. 4175] (as may be amended, modified or supplemented from time to time, the "**Plan**").[3]

[**PLEASE TAKE FURTHER NOTICE** that at 12:01 a.m. (Eastern Time) on **[●], 2013**, the Effective Date occurred and the Plan was substantially consummated.]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Confirmation Order, subject to satisfaction of the conditions set forth in Article 11 of the Plan, the Debtors are authorized to consummate the Plan on the Effective Date. On the Effective Date, the terms, conditions and provisions of the Plan shall immediately bind all Holders of Claims and Equity Interests (notwithstanding whether any such Holders failed to vote to accept or reject the Plan, voted or were deemed to accept the Plan or voted to reject the Plan), all Entities that are parties to or are subject to the settlements, compromises, releases, discharges, and injunctions described in the Plan and any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtors, in accordance with the provisions of Article 15.1 of the Plan, to the fullest extent authorized or provided by the Bankruptcy Code, including sections 524 and 1141 of the Bankruptcy Code, and all other applicable law. The Debtors will file and serve a separate notice of the Effective Date following the occurrence thereof.

**PLEASE TAKE FURTHER NOTICE** that effective as of the Effective Date, except as otherwise provided in the Plan or Confirmation Order: (a) treatment of all Claims and Equity Interests shall be in full and final satisfaction, settlement, release, discharge, and termination of all Claims and Equity Interests of any nature whatsoever, whether known or unknown, against, any Equity Interests in, the Debtors, any property of the Estates, the

---

[3] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan.

Reorganized Debtors or property of Reorganized Debtors, including all Claims of the kind specified in sections 502(g), 502(h), or 502(i) of the Bankruptcy Code, in each case whether or not: (i) a Proof of Claim or Equity Interest based upon such Claim, debt, right, or Equity Interest is filed or deemed filed pursuant to section 501 of the Bankruptcy Code; (ii) a Claim or Equity Interest based upon such Claim, liability, obligation or Equity Interest is Allowed pursuant to section 502 of the Bankruptcy Code; or (iii) the Holder of such a Claim, liability, obligation or Equity Interest has accepted the Plan and (b) all entities shall be precluded from asserting against the Debtors, the Debtors' Estates, the Reorganized Debtors, their successors and assigns, and their assets and properties any other Claims or Equity Interests based upon any documents, instruments, or any act or omission, transaction, or other activity of any kind or nature that occurred prior to the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Plan, all Executory Contracts and Unexpired Leases will be rejected on the Effective Date pursuant to sections 365 and 1123 of the Bankruptcy Code, other than: (a) Executory Contracts or Unexpired Leases previously assumed or rejected pursuant to an order of the Bankruptcy Court; (b) Executory Contracts or Unexpired Leases that are the subject of a motion to assume that is pending on the Effective Date; and (c) Specified Contracts that the Debtors elect to assume pursuant to the Plan. The Debtors have served notice of such rejection and of the date by which Proofs of Claim arising from or relating to such rejection must be filed to each Entity party to a known Executory Contract or known Unexpired Lease. Entry of the Confirmation Order by the Bankruptcy Court shall constitute approval of the rejection of such Executory Contracts and Unexpired Leases pursuant to sections 365 and 1123 of the Bankruptcy Code.

SC1:3482987.5

**PLEASE TAKE FURTHER NOTICE** that on July 19, 2013, and July 30, 2013, respectively, the Debtors filed the *First Notice of Proposed Assumption of Specified Contracts* [Docket No. 4395] and the *Second Notice of Proposed Assumption of Specified Contracts* [Docket No. 4483], identifying those Executory Contracts and Unexpired Leases to be assumed pursuant to the Plan and the associated Cure amounts, if any (collectively, the "**Cure Notices**"). Entry of the Confirmation Order by the Bankruptcy Court shall constitute approval of assumption and the amount required to cure a default (if any) under each Executory Contract and Unexpired Lease identified in the Cure Notices and/or a determination of the cure amount, as applicable, pursuant to sections 365 and 1123 of the Bankruptcy Code.  Any payment required to cure a default under an Executory Contract or Unexpired Lease shall be paid in Cash promptly after the Effective Date or, if there is a dispute regarding the assumption or cure of such Specified Contract, the entry of a Final Order or orders resolving such dispute.

**PLEASE TAKE FURTHER NOTICE** that all final requests for payment of Professional Claims, including the Holdback Amount, must be filed and served so as to be actually received **no later than 60 days after the Confirmation Date**, and must comply with the applicable provisions of the Bankruptcy Rules, the Local Rules and the Professional Fee Order, or as it relates to APS, the APS Retention Order.

**PLEASE TAKE FURTHER NOTICE** that the Plan, the Plan Supplement, the Confirmation Order and copies of the documents included in the Plan or any other document filed in these chapter 11 cases are available (a) at the Debtors' expense upon request to KCC by calling (888) 249-2721 or visiting the Debtors' restructuring website at www.kccllc.net/kodak, or (b) for a fee via PACER by visiting www.nysb.uscourts.gov.

SC1:3482987.5

Dated: [●], 2013
       New York, New York

Andrew G. Dietderich
Brian D. Glueckstein
Michael H. Torkin
John J. Jerome
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588

- and -

Pauline K. Morgan
Joseph M. Barry
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1270 Avenue of the Americas
Suite 2210
New York, New York 10020
Telephone:    (212) 332-8840
Facsimile:    (212) 332-8855

Counsel to the Debtors and Debtors-in-Possession

SC1:3482987.5