**Presentment Date:  August 30, 2019 at 11:00 a.m. (ET)**
**Response Deadline:  August 28, 2019 at 4:00 p.m. (ET)**
**Hearing Date (Only if Objection Filed): September 4, 2019 at 10:00 a.m. (ET)**

Pauline K. Morgan
Sean T. Greecher
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
1270 Avenue of the Americas, Suite 2210
New York, New York 10020
Telephone:    (212) 332-8840
Facsimile:    (212) 332-8855

Counsel to the Reorganized Debtor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| EASTMAN KODAK COMPANY,[1] | Case No. 12-10202 (MEW) |
| Reorganized Debtor. | |

**NOTICE OF PRESENTMENT OF REORGANIZED DEBTOR'S MOTION PURSUANT TO SECTION 350 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 5010 AND LOCAL RULE 5010-1 TO REOPEN THE CHAPTER 11 CASE OF EASTMAN KODAK COMPANY FOR THE LIMITED PURPOSES OF (I) CONSIDERING THE REORGANIZED DEBTOR'S MOTION TO ENFORCE THE PLAN AND CONFIRMATION ORDER, INCLUDING THE DISCHARGE AND INJUNCTION PROVISIONS, AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on August 30, 2019 at 11:00 a.m. (ET), the

attached *Reorganized Debtor's Motion Pursuant to Section 350 of the Bankruptcy Code,*

*Bankruptcy Rule 5010 and Local Rule 5010-1 to Reopen the Chapter 11 Case of Eastman Kodak*

*Company for the Limited Purposes of (I) Considering the Reorganized Debtor's Motion to*

*Enforce the Plan and Confirmation Order, Including the Discharge and Injunction Provisions,*

---

[1]    The last four digits of the Reorganized Debtor's federal tax identification number are 7150.  The location of the
Reorganized Debtor's corporate headquarters is:  343 State Street, Rochester, NY 14650.

*and (II) Granting Related Relief* (the "**Motion**") will be presented to the Honorable Michael E. Wiles, Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York (the "**Court**"), at One Bowling Green, New York, New York 10004 for approval and signature.

　　　　**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the relief requested in the Motion must: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, (c) be filed electronically with the Court on the docket of *In re Eastman Kodak Company*, Case No. 12-10202 (ALG) by registered users of the Court's electronic filing system and served by U.S. mail, overnight delivery or hand delivery upon (a) the Chambers of the Honorable Michael E. Wiles, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, (b) the Reorganized Debtor and their counsel and (c) The United States Trustee, United States Federal Building, 201 Varick Street, Suite 1006, New York, NY 10014, so as to be actually received no later than **August 28, 2019 at 4:00 p.m. (ET)**.

　　　　**PLEASE TAKE FURTHER NOTICE** that if a written Objection is timely filed and served, a hearing will be scheduled and held to consider the Motion before the Honorable Michael E. Wiles in the Bankruptcy Court.

24974835.2

2

**PLEASE TAKE FURTHER NOTICE** that if no Objections to the Motion are received by the Objection Deadline, the Debtors may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered with no further notice.

Dated:  August 14, 2019
        New York, New York

*/s/ Sean T. Greecher*

Pauline K. Morgan
Sean T. Greecher
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
1270 Avenue of the Americas
Suite 2210
New York, New York 10020
Telephone:    (212) 332-8840
Facsimile:    (212) 332-8855

Counsel to the Reorganized Debtor

24974835.2

3