**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| EASTMAN KODAK COMPANY,[1] | Case No. 12-10202 (MEW) |
| Reorganized Debtor. | |

**ORDER PURSUANT TO SECTION 350 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 5010 AND LOCAL RULE 5010-1 TO REOPEN THE CHAPTER 11 CASE OF EASTMAN KODAK COMPANY FOR THE LIMITED PURPOSES OF (I) CONSIDERING THE REORGANIZED DEBTOR'S MOTION TO ENFORCE THE PLAN AND CONFIRMATION ORDER, INCLUDING THE DISCHARGE AND INJUNCTION PROVISIONS, AND (II) GRANTING RELATED RELIEF**

Upon the *Reorganized Debtor's Motion, Pursuant to Section 350 of the Bankruptcy Code, Bankruptcy Rule 5010 and Local Bankruptcy Rule 5010-1, to Reopen the Chapter 11 Case of Eastman Kodak Company for the Limited Purposes of (I) Enforcing the Plan and Confirmation Order, Including the Discharge Provisions, and (II) Granting Related Relief* (the "**Motion**"); this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the venue of these chapter 11 cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided; and any objections to the Motion having been withdrawn or overruled on the merits; and the Court having reviewed the Motion; and this Court having determined that

---

[1] The last four digits of the Reorganized Debtor's federal tax identification number are 7150. The location of the Reorganized Debtor's corporate headquarters is: 343 State Street, Rochester, NY 14650.

1

cause exists to reopen the chapter 11 case of Eastman Kodak Company for the limited purposes set forth in the Motion; and good and sufficient cause being shown;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The chapter 11 case of Eastman Kodak Company, Case No. 12-10202, is hereby reopened, pursuant to section 350(b) of the Bankruptcy Code, Bankruptcy Rule 5010 and Local Bankruptcy Rule 5010-1, solely to permit consideration of the *Reorganized Debtor's Motion for the Entry of an Order (I) Enforcing the Plan and Confirmation Order, Including the Discharge and Injunction Provisions, and (II) Granting Related Relief*.

3. The Debtor's chapter 11 case otherwise shall remain closed in all respects except as modified by other orders of this Court.

4. Entry of this Order shall be without prejudice to, and shall not operate as waiver of rights.

5. The requirements set forth in Local Rule 9013-1(b) have been satisfied.

Dated: New York, New York
      August 30, 2019

                                              /s/ **Michael E. Wiles**
                                              UNITED STATES BANKRUPTCY JUDGE